# Exhibit A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------x
CONSIST SOFTWARE SOLUTIONS, INC.,
f/k/a CONSIST INTERNATIONAL, INC.,

                Plaintiff,

-against-

SOFTWARE AG, INC. and SOFTWARE AG,

                Defendants.
-----------------------------------------------------------------x

Index No. 602644/2007

DATE Purchased: 8/3/07

**SUMMONS**

Venue is based on CPLR 509

TO THE ABOVE NAMED DEFENDANTS:

YOU ARE HEREBY SUMMONED to answer the Complaint in this action and to serve a copy of your Answer, or, if the Complaint is not served with the Summons, to serve a Notice of Appearance on plaintiff's attorney within 20 days after the service of this Summons exclusive of the day of service (or within 30 days after service is complete if this Summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint.

Dated: New York, New York
       August 3, 2007

                                  DUANE MORRIS LLP

                                  By: _____
                                       Hyman L. Schaffer
                                       Fran M. Jacobs
                                       Brian Damiano
1540 Broadway
New York, New York 10036
Telephone: (212) 692-1000
Facsimile: (212) 692-1020

*Attorneys for Plaintiff*
*Consist Software Solutions, Inc.*

NEW YORK
COUNTY CLERK'S OFFICE

AUG - 3 2007

NOT COMPARED
WITH COPY FILE

To:

Software AG, Inc.
Software AG
c/o James D. Jacobs, Esq.
Pamela T. Church, Esq.
BAKER & McKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 626-4100
*Counsel for Defendants*
*Software AG, Inc. and Software AG*