EX 7

**DuaneMorris**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

HYMAN L. SCHAFFER
DIRECT DIAL: 212.692.1078
E-MAIL: hlschaffer@duanemorris.com

www.duanemorris.com

August 11, 2006

Software AG, Inc.
11700 Plaza America Drive
Suite 700
Reston, VA 20190

Software AG Americas, Inc.
1190 Sunrise Valley Drive
Reston, VA 20191
Attn: International Operations

          Re:    Distributorship Agreement

Gentlemen:

       My firm represents Consist International, Inc. ("Consist").

       By letter dated July 28, 2006, we advised Software AG Inc., formerly known as Software AG Americas, Inc. ("SAGA") that Consist rejected SAGA's purported termination of the Distributorship Agreement as of December 31, 2007. The letter also notified SAGA, Software AG and their affiliates of continuing violations of Consist's exclusive distribution rights in the Territory covered by the Agreement and demanded cessation of all activities in violation of Consist's rights, as well as other relief. A copy of our July 28, 2006 letter is enclosed for your reference.

       Consist would prefer to settle its disputes with SAGA and Software AG amicably and without resort to judicial process. To that end, and before proceeding in a different direction, we would appreciate receiving a response to our July 28 letter that sets forth SAGA and Software AG's position as to the matters raised.

       If we do not hear from you by Friday, August 18, 2006, we will assume that you have no interest in an amicable resolution of the issues at hand and will be guided accordingly.

                    Very truly yours,

                    Hyman L. Schaffer

Enclosure

EX 8

**BAKER · McKENZIE**

Baker & McKenzie LLP
1114 Avenue of the Americas
New York, New York 10036, USA

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakernet.com

Asia
Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe &
Middle East
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Dusseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

North & South
America
Bogota
Brasilia
Buenos Aires
Calgary
Caracas
Chicago
Chihuahua
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

August 16, 2006

Hyman L. Schaffer, Esq.
Duane Morris
380 Lexington Avenue
New York, NY 10168

Tel: +1 212 626 4976
Fax: +1 212 310 1603
Pamela.T.Church@bakernet.com

**By Certified Mail
Return Receipt Requested**

RE:    SAGA and Consist International, Inc.
       Our ref.: 56142904-000001

Dear Mr. Schaffer:

Our client, Software AG Inc., formerly known as Software AG Americas, Inc. ("SAGA"), asked that we respond to your letter of July 28, 2006. That letter asserts that "SAGA['s] … notice to Consist purporting to terminate the Agreement … was ineffective …." It also gives notice that Consist will hold SAGA and its affiliates liable for various unspecified breaches, unspecified interferences with contractual relations, etc.

SAGA rejects your assertions. Contrary to your strained, indeed fanciful, construction of Software AG's and SAGA's letters of March 30, 2006 and April 6, 2006 and of the Distribution Agreement dated January 1, 1998 ("Agreement"), in those letters SAGA in fact gave notice under paragraph 1 of the Agreement that it would not renew the Agreement upon its expiration on December 31, 2007. Paragraph 7 provides a separate procedure for termination for breach. SAGA reaffirms its intention not to renew the Agreement.

Your characterization of Mr. Streibich's letter of July 4, 2006 is in error. That letter effectively put your client on notice under Paragraph 7 of the Agreement that it was in material breach of the Agreement and that it had sixty days to cure the defaults therein detailed. Thus, unless your client cures these defaults on or before September 3, 2006, the Agreement will terminate as of that date.

Moreover, your client's breaches are not limited to those detailed in Mr. Streibich's letter. On the contrary they include the following:

- In breach of Paragraph 5 (11), Consist has acted and is acting as a distributor, agent, reseller or marketing representative for system software products which compete with SAGA without SAGA's approval. Among such products are Attunity.Connect.

- In breach of Paragraph 5(3) in addition to those breaches detailed in Mr. Streibich's July 4, 2006 letter, Consist refused and continues to refuse to bid on software products for Cementos Bio Bio in Chile pursuant to a request in an email from Tomas Figueroa to Excequiel Matamalaon, dated July 10, 2006.

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

**BAKER & McKENZIE**

- In breach of Paragraph 5(4), Consist has failed to provide satisfactory technical assistance and support in the Territory for customers of SAGA products including HSBC and the Pão de Açúcar Group.

- In breach of Paragraphs 1 and 5(4) and the duty of good faith and fair dealing which is part of every contract made under New York law, Consist has misrepresented to ABN that it has renewed the Agreement for an additional five year term.

Pursuant to Paragraph 7 of the Agreement your client has 60 days to cure these additional breaches as well as the breaches described in Mr. Streibich's July 4, 2006 letter.

Furthermore, since your notice of SAGA's purported breaches lacked even a pretense of the specificity that Paragraph 7 of the Agreement requires, to quote your language your notice "was defective and ineffective under the Agreement". If SAGA has breached the Agreement, which we have no reason to believe is the case, we await your providing "in detail the material conditions [SAGA] has failed to perform."

In your August 11, 2006 letter you state that Consist would prefer to settle its disputes with SAGA and Software AG amicably and without resort to judicial process. SAGA would prefer to do so as well. To that end our client would be willing to meet with your client with counsel present in efforts to work out a mutually acceptable resolution.

This letter is without prejudice to any and all rights that our client may have.

Very truly yours,

Pamela T. Church

Cc: Jochen Deuse, Esq.
General Counsel
Software AG

Page 2



## DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

HYMAN L. SCHAFFER
DIRECT DIAL: 212.692.1078
E-MAIL: hlschaffer@duanemorris.com

www.duanemorris.com

September 11, 2006

VIA FIRST CLASS MAIL

Pamela T. Church, Esq.
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, NY 10036

Re:    SAGA and Consist International, Inc.

Dear Ms. Church:

For the sake of good order, I am responding to your letter of August 16, 2006, which I received on August 21. We respectfully disagree with the assertion in your letter concerning your client's claimed right to terminate the Exclusive Distribution Agreement (the "Agreement") between your client and my client at all prior to December 31, 2007. We likewise reject any assertion that Dr. Streibich's communication with Natalio Fridman of July 4 was adequate or timely to terminate the Agreement even as of December 31, 2007. Finally, we again reject any assertion that the claimed material breaches identified in the July 4 communication are either factually or legally correct, material to the Agreement or breaches of any sort thereunder.

For similar reasons, we likewise must reject your client's purported right to terminate the Agreement either before or, at this point, even as of December 31, 2007 on the basis of the additional asserted breaches set forth in your August 16 letter. We reject any claim that the August 16 letter is adequate or timely for any purpose under the Agreement, that the breaches are either factually or legally correct, are material to the Agreement or are breaches of any sort thereunder.

Finally, with respect to the assertion that our letter of August 11 "lacked even a pretense of the specificity that Paragraph 7 of the Agreement requires" I would respectfully point out that that Paragraph applies only as a condition of termination of the Agreement. As we have not sought to terminate the Agreement (nor do we believe that any such termination would be timely at this point even if we did want to terminate, which we do not), the requirements of Paragraph 7 are inapplicable.

As stated in our prior letter, we believe the Agreement has automatically renewed for an additional 5 year term. We reiterate our desire to resolve the issues between the parties

DUANE MORRIS LLP

380 LEXINGTON AVENUE   NEW YORK, NY 10168

PHONE: 212.692.1000   FAX: 212.692.1020

DuaneMorris

Pamela T. Church, Esq.
September 11, 2006
Page 2


amicably and look forward to meeting with you and your clients on September 26 in New York.

Very truly yours,

Hyman L. Schaffer

EX 10

SAG Report 01/23/2007

**Timestamp 58:45**

We are preparing our sales for our ramp up in Brazil which is coming up at the beginning of 2008. We have found and hired a new country manager for Brazil. He is on board he will prepare the ramp up and the go to market from a strategic point of view within the next 12 months. The real ramp up regarding the sales force plan will take place in the second half of 2007. And we know we are not allowed to generate any kind of revenue 07 so it will be just an investment case for 2007. And therefore of course has a downside impact on the margin. But this effect, of course, is already effective into our guidance.

**Timestamp 1:04:40**

Ramp up in Brazil cost, I think we should calculate with some costs which are roughly 5 to 6 million for the entire year.

**Timestamp 1:30:37**

Question: And Brazil the number of customers there?

Answer: Huge. We don't have a transparency. We don't have a transparency because of the nature of the deal is that the partners must not disclose the information about the customers. But, it's a big amount, big amount. Is probably the country with the highest penetration of Natural/Adabas.

**Timestamp 1:32:55**

Based on the information we have so far, we believe that the Brazilian effect that you mention in the numbers is substantially higher than Japan. So because of that the impact on the profitability for Brazil will be higher than on Japan. The 10 million delta or 15 million delta doesn't make, create a big change when I talked about Japan with regard to the overall group margin. With Brazil the start is different, is different because of the share size I'll come back to that in a second. But also because the technology environment we have in Japan is slightly different from other countries due to the effect that we have Hitachi and Fujitsu platform in Japan which are solely sold in Japan and Therefore we have to spend some R&D money in order to support this kind of platforms. There is some additional burden entering to the Japanese market that we don't have in other geographies. In Brazil we have of course the potential of additional license sales and because of that the margin should be positively impacted. Karl Heinz mentioned that based on the current contract T and C's we don't have a clear picture of how much it really is. So therefore we have to be a little caution at the current point of time. But based on what we know we believe that margin will be affected positively and also it will be impacting positively because if you just look to the maintenance part of the story. We have 3 level of support. First level which is just answering very easy questions. Tech Level is more detailed questions where you have to real understand the set up, platform

the customer has and the 3rd level goes into R&D. Based on the current contract, 2nd level and 3rd level is already provided for the Brazilian customers. Which mean, in return, that we don't have any extra cost for delivering this kind of support when we enter in to the market so the only thighs that we have to consider is how do we deal with the first level of support. And that of course looking from incremental prospective will help us on the incremental margin of the maintenance business as such. So these are the 2 aspects which I believe will drive margin to an upper end. Revenue wise, to come up with something for 08 which is just 10% I think will be not reflecting the potential in Brazil adequately as we do not know how much that is as the current point of time it is hard to give an answer, I would like to wait for answering that question in more detail at the end of year. But if you do your exercises with your formulas and spreadsheets you should add to it 10% plus some number for Brazil. So basically 10% plus.

EX 11

/2005

| | |
|---|---|
| **From:** | "Williams, Trevor" <Trevor.Williams@softwareagusa.com> |
| **To:** | "Natalio S. Fridman" <natalio.fridman@consist.com> |
| **Sent:** | Thursday, January 10, 2002 3:29 PM |
| **Subject:** | RE: Attunity |

Natalio,

Based on Esti Adnan's comments below, I agree that the Attunity Connect product may be sold by Consist.

Best Regards,

Trevor


Trevor Williams
Vice President, Sales
Software AG Inc.
Tel. 905-681-8768
Fax. 905-681-2052
Pager. 416-934-2075

-----Original Message-----
**From:** Natalio S. Fridman [mailto:natalio.fridman@consist.com]
**Sent:** Thursday, January 10, 2002 2:26 PM
**To:** Williams, Trevor
**Subject:** Fw: Attunity

As per our phone conversation, and in benefit of our clients using our ( Software AG) products I would appreciate you can resolve this case asap.

Best regards

Natalio


----- Original Message -----
**From:** Adan, Esti
**To:** Natalio Fridman (E-mail)
**Cc:** Gonen, Arie
**Sent:** Thursday, January 10, 2002 2:07 PM
**Subject:** Attunity

Hi Natalio

Thank you for the call today.

From previous discussions with your technical people in Brazil I believe that Attunity Connect is not competing with SAG products.

The positioning of Attunity connect is:  ODBC/JDBC/JCA/ADO drivers with a distributed SQL engine to

8/21/2006

relational and non relational databases, including all the relational databases and IBM/MF data sources.

FYI, in other countries, such as Israel for instance, SAG responded very positively to customers who wished to use our product, since SAG has not viewed our product as a competition

I have no reason to believe that SAG will object that you will distribute our products.

Using our product will increase SAG customers' satisfaction and therefore will preserve their investment in SAG products.

We will be happy to reach an agreement that will allow Consist to distribute Attunity Connect.

I look forward to hearing from you

Best Regards,
Esti

------------------------------------------------------------
**Esti Adan**
Director, Strategic Accounts
**Attunity Inc.**
Tel : (408) 733 4265
Cell: (408) 888 8615
eFax: (425) 930 9259
www.attunity.com

8/21/2006



**CONSIST International, Inc.**
10 East 53rd St. • New York, New York 10022 • Tel: (212) 759-2100 • Fax: (212) 751-3643



September 30, 2005

Mr. Karl-Heinz Streibich
Chief Executive Officer
Software AG

Dear. Mr. Streibich

It has been brought to our attention that SOFTWARE AG (SAG) personnel in Brazil have been visiting some of our clients and informing them that the existing agreement between SAG and CONSIST will not be renewed as of January 2008.

This has created fear, uncertainty and doubt in our market. Our clients are concerned about the future and some are contemplating moving out of SAG technology.

I am attaching an analysis of the royalty payments made for the Consist Territory over the period 2000-2005. Our contribution has been most profitable for SAG and reflects many times the SAG's EBITDA in proportion to the worldwide market and also in terms of gross sales in other territories.

The enclosed analysis is based on data provided by **The World Information Technology and Services Alliance (WITSA)**

In order to avoid further damage, we propose that we enter into a new agreement with  similar terms to our current contract to be effective January 1st, 2008.

I would appreciate a prompt reply, as the damage done to both our companies could be irreversible. .

Yours truly,

Consist International, Inc.

Natalio S. Fridman
President and CEO

Enclosed:1  Computer Software spending by Country in Consist Territory. 2  Contribution of Consist to Software AG results. 3  Worldwide Software Spending by Country.

| ine | 1. COMPUTER SOFTWARE SPENDING BY COUNTRY in CONSIST TERRITORY | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Region/Country | USD | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
| 1 | Argentina | mll. | 385.0 | 371.9 | 379.7 | 376.8 | 432.1 | 473.2 | 517.9 | 558.2 |
| 2 | Bolivia | mll. | 13.8 | 15.9 | 19.5 | 25.2 | 27.1 | 27.0 | 27.5 | 28.2 |
| 3 | Brazil | mll. | 1,601.9 | 1,697.5 | 1,786.8 | 1,866.0 | 1,916.5 | 1,930.0 | 1,953.4 | 1,920.3 |
| 4 | Chile | mll. | 98.4 | 100.6 | 101.9 | 109.6 | 114.1 | 119.5 | 126.9 | 142.5 |
| 5 | Peru | mll. | 110.3 | 114.9 | 117.2 | 140.8 | 153.6 | 172.2 | 189.5 | 214.3 |
| 6 | Uruguay | mll. | 37.6 | 36.2 | 42.7 | 32.7 | 34.8 | 36.0 | 37.0 | 37.6 |
| 7 | CONSIST territory | mll. | 2,247 | 2,337 | 2,448 | 2,551 | 2,678 | 2,758 | 2,852 | 2,901 |
| 8 | WORLDWIDE | mll. | 178,086 | 187,536 | 194,327 | 215,817 | 240,710 | 269,049 | 298,694 | 320,557 |
| 9 | | | | | | | | | | |

| | 2. CONTRIBUTION OF CONSIST TO SOFTWARE AG RESULTS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | | Euros | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 (6mo.) | 2006 | 2007 |
| 11 | Worldwide SAG Licensing | mll. | 132.9 | 199.0 | 113.0 | 106.3 | 114.2 | 59.2 | | |
| 12 | Worldwide SAG Maintenance | mll. | 127.9 | 196.0 | 200.9 | 191.2 | 182.6 | 89.2 | | |
| 13 | Worldwide SAG Total (Lic+Maint) | mll. | 260.8 | 395.0 | 313.9 | 297.5 | 296.8 | 148.4 | | |
| 14 | Worldwide SAG EBITDA | mll. | 114.1 | 100.4 | 82.7 | 26.5 | 83.9 | 42.0 | | |
| 15 | CONSIST territory as % of the World Market (Line 8 / Line 9) | % | 1.262% | 1.246% | 1.260% | 1.182% | 1.113% | 1.025% | 0.955% | 0.905% |
| 16 | CONSIST territory expected sales equivalent to SAG worldwide sales (Lic + Maint)   (Line 13 x Line 15) | mll. | 3.291 | 4.922 | 3.954 | 3.517 | 3.302 | 1.521 | | |
| 17 | CONSIST territory expected contribution to SAG EBITDA equivalent to worldwide SAG EBITDA.   (Line 14 x Line 15) | mll. | 1.440 | 1.251 | 1.042 | 0.313 | 0.933 | 0.431 | | |
| 18 | CONSIST Royalty payments for the rights to the Territory. (Dollar payments converted to Euros) | mll. | 7.560 | 10.351 | 9.048 | 6.180 | 5.501 | 2.594 | | |
| 19 | NET contribution of CONSIST to SAG EBITDA in proportion to CONSIST market to the SAG WORLDWIDE market (Line 18 / Line 17) | % | 525% | 827% | 869% | 1973% | 589% | 602% | | |
| 20 | NET contribution of CONSIST to SAG EBITDA in proportion to the WORLDWIDE SAG GROSS REVENUE of Licensing and Maintenance.   (Line 18 / Line 16) | % | 230% | 210% | 229% | 176% | 167% | 171% | | |

The relation of the NET contribution of CONSIST to SAG EBITDA is many times larger than expected in relation to CONSIST market to the total SAG WORLDWIDE market.

Even the NET contribution of CONSIST to SAG EBITDA is larger than the relation between the CONSIST TERRITORY proportion to the TOTAL SAG WORLDWIDE GROSS REVENUE of Licensing and Maintenance.

NOTE: I would appreciate your checking the numbers and let us know if you find any differences.

## 3. Worldwide Computer Software Spending by Country

| Region/Country | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|
| WORLDWIDE (mil.USD) | 178,086.0 | 187,535.6 | 194,327.4 | 215,817.2 | 240,710.2 | 269,048.6 | 298,694.4 | 320,557.1 |
| North America | 98,481.5 | 102,837.1 | 102,112.4 | 112,546.0 | 125,016.0 | 136,870.1 | 147,951.4 | 155,244.2 |
| Canada | 3,854.6 | 4,185.2 | 4,297.2 | 4,833.3 | 5,194.2 | 5,436.0 | 5,905.2 | 6,430.6 |
| Mexico | 563.7 | 548.6 | 610.8 | 633.1 | 649.0 | 655.6 | 676.7 | 685.0 |
| United States | 94,063.2 | 98,103.3 | 97,204.4 | 107,079.7 | 119,172.9 | 130,778.2 | 141,369.6 | 148,128.6 |
| Latin America | 2,797.6 | 2,936.2 | 3,085.2 | 3,271.2 | 3,452.1 | 3,607.4 | 3,790.3 | 3,924.7 |
| Argentina | 385.0 | 371.9 | 379.7 | 376.8 | 432.1 | 473.2 | 517.9 | 558.2 |
| Bolivia | 13.8 | 15.9 | 19.5 | 25.2 | 27.1 | 27.0 | 27.5 | 28.2 |
| Brazil | 1,601.9 | 1,697.5 | 1,786.8 | 1,866.0 | 1,916.5 | 1,930.0 | 1,953.4 | 1,920.3 |
| Chile | 98.4 | 100.6 | 101.9 | 109.6 | 114.1 | 119.5 | 126.9 | 142.5 |
| Colombia | 158.1 | 167.8 | 175.4 | 197.5 | 210.5 | 229.1 | 249.4 | 275.8 |
| Costa Rica | 66.8 | 74.3 | 80.3 | 88.5 | 96.7 | 104.9 | 114.0 | 123.6 |
| Ecuador | 11.3 | 14.7 | 17.5 | 23.4 | 26.8 | 31.8 | 37.0 | 43.8 |
| Honduras | 18.7 | 22.1 | 23.7 | 27.2 | 30.1 | 33.5 | 37.3 | 40.7 |
| Jamaica | 43.7 | 47.2 | 49.7 | 55.6 | 62.7 | 68.6 | 73.7 | 77.4 |
| Panama | 100.7 | 110.7 | 113.9 | 123.9 | 134.3 | 146.5 | 160.6 | 173.0 |
| Peru | 110.3 | 114.9 | 117.2 | 140.8 | 153.6 | 172.2 | 189.5 | 214.3 |
| Uruguay | 37.6 | 36.2 | 42.7 | 32.7 | 34.8 | 36.0 | 37.0 | 37.6 |
| Venezuela | 151.3 | 162.4 | 176.8 | 204.0 | 212.9 | 235.1 | 266.2 | 289.2 |
| Western Europe | 52,937.8 | 56,406.0 | 62,087.4 | 69,162.1 | 77,557.4 | 89,778.7 | 101,865.7 | 110,519.8 |
| Austria | 1,059.2 | 1,170.7 | 1,291.4 | 1,447.5 | 1,630.6 | 1,921.3 | 2,253.8 | 2,609.1 |
| Belgium | 1,255.9 | 1,392.5 | 1,548.7 | 1,741.0 | 1,978.8 | 2,331.5 | 2,745.3 | 3,199.2 |
| Denmark | 1,085.6 | 1,205.9 | 1,344.7 | 1,494.8 | 1,696.9 | 1,997.9 | 2,337.7 | 2,709.8 |
| Finland | 839.0 | 932.7 | 1,039.3 | 1,164.0 | 1,299.7 | 1,522.3 | 1,780.6 | 2,059.5 |
| France | 8,706.9 | 9,202.5 | 10,096.6 | 11,182.7 | 12,689.8 | 14,610.8 | 16,328.2 | 17,317.6 |
| Germany | 12,321.2 | 13,127.0 | 14,527.4 | 16,091.7 | 17,977.7 | 20,490.3 | 22,837.6 | 24,195.6 |
| Greece | 260.8 | 292.9 | 320.8 | 366.2 | 412.3 | 491.1 | 581.0 | 681.9 |
| Ireland | 354.6 | 389.8 | 422.0 | 464.4 | 520.6 | 622.7 | 735.3 | 858.8 |
| Italy | 4,604.0 | 4,747.7 | 5,146.8 | 5,605.0 | 6,291.3 | 7,228.4 | 8,091.4 | 8,618.6 |
| Netherlands | 3,502.7 | 3,805.6 | 4,157.6 | 4,569.3 | 5,077.1 | 5,891.2 | 6,834.4 | 7,811.2 |
| Norway | 886.0 | 981.1 | 1,100.6 | 1,242.7 | 1,448.3 | 1,687.0 | 1,944.2 | 2,241.8 |
| Portugal | 358.5 | 404.1 | 446.7 | 497.7 | 568.1 | 672.1 | 799.2 | 938.7 |
| Spain | 1,800.3 | 2,009.1 | 2,241.8 | 2,520.0 | 2,859.7 | 3,359.3 | 3,940.0 | 4,560.0 |
| Sweden | 1,778.1 | 1,980.1 | 2,179.6 | 2,451.1 | 2,708.6 | 3,120.3 | 3,653.6 | 4,202.8 |
| Switzerland | 2,003.3 | 2,231.1 | 2,467.6 | 2,766.1 | 3,098.6 | 3,614.6 | 4,194.3 | 4,822.5 |
| Turkey | 341.7 | 217.3 | 283.8 | 362.5 | 397.4 | 474.5 | 572.3 | 662.1 |
| United Kingdom | 11,780.1 | 12,315.8 | 13,472.0 | 15,194.4 | 16,901.9 | 19,743.4 | 22,236.7 | 23,030.8 |
| Eastern Europe | 1,502.3 | 1,711.2 | 1,953.9 | 2,215.3 | 2,449.6 | 2,777.9 | 3,131.8 | 3,513.2 |
| Bulgaria | 25.4 | 27.2 | 33.2 | 36.2 | 41.3 | 49.2 | 56.8 | 64.5 |
| Czech Republic | 292.5 | 334.3 | 380.0 | 433.7 | 478.2 | 555.5 | 630.8 | 718.6 |
| Hungary | 271.9 | 303.2 | 343.8 | 414.0 | 450.0 | 499.5 | 551.1 | 596.8 |
| Poland | 414.9 | 471.8 | 537.3 | 604.1 | 671.3 | 768.0 | 880.0 | 998.8 |
| Romania | 45.4 | 55.4 | 65.0 | 71.5 | 77.5 | 84.9 | 94.2 | 104.5 |
| Russia | 342.8 | 394.7 | 450.1 | 502.7 | 562.5 | 627.6 | 699.8 | 779.8 |
| Slovakia | 83.0 | 93.8 | 104.9 | 109.3 | 115.9 | 128.7 | 142.1 | 160.6 |
| Ukraine | 26.4 | 30.8 | 39.6 | 43.7 | 53.0 | 64.5 | 77.1 | 89.6 |

SOURCE: Worldwide Computer Software Spending by Country
Digital Planet 2004. The Global Information Economy
Published in October 2004
Publisher:
The World Information Technology and Services Alliance (WITSA)
1401 Wilson Blvd., Suite 1100, Arlington, VA 22209
Phone 703-522-5055
www.witsa.org

## 3. Worldwide Computer Software Spending by Country

| Region/Country | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|
| WORLDWIDE (mil.USD) | 178,086.0 | 187,535.6 | 194,327.4 | 215,817.2 | 240,710.2 | 269,048.6 | 298,694.4 | 320,557.1 |
| Asia-Pacific | 20,483.1 | 21,607.5 | 22,904.2 | 26,172.2 | 29,368.6 | 32,857.4 | 38,402.6 | 43,366.4 |
| Australia | 2,111.3 | 2,398.3 | 2,698.5 | 2,994.3 | 3,074.4 | 3,290.7 | 3,580.4 | 3,889.9 |
| Bangladesh | 73.4 | 84.9 | 102.7 | 127.6 | 164.6 | 210.2 | 271.0 | 349.1 |
| China | 1,084.6 | 1,657.9 | 2,252.6 | 3,107.1 | 3,900.4 | 4,836.7 | 6,010.8 | 7,084.9 |
| Chinese Taipei | 519.0 | 628.0 | 738.6 | 860.1 | 1,010.4 | 1,181.5 | 1,383.4 | 1,624.9 |
| Hong Kong | 278.2 | 317.5 | 358.0 | 405.3 | 468.6 | 546.2 | 636.6 | 742.5 |
| India | 357.7 | 455.9 | 588.3 | 719.7 | 902.2 | 1,084.2 | 1,314.1 | 1,611.8 |
| Indonesia | 85.5 | 116.1 | 158.3 | 212.3 | 281.0 | 368.3 | 486.1 | 655.8 |
| Japan | 13,846.0 | 13,435.8 | 13,100.3 | 14,288.9 | 15,438.1 | 16,410.6 | 18,482.8 | 19,770.5 |
| Malaysia | 257.2 | 302.7 | 353.5 | 409.4 | 479.0 | 507.9 | 567.3 | 630.9 |
| New Zealand | 245.1 | 264.1 | 279.1 | 298.1 | 308.1 | 332.6 | 361.2 | 395.0 |
| Pakistan | 96.0 | 102.9 | 67.9 | 84.6 | 105.5 | 132.6 | 165.7 | 207.7 |
| Philippines | 106.8 | 118.4 | 117.4 | 110.5 | 111.4 | 108.9 | 100.7 | 101.4 |
| Republic of Korea | 755.3 | 918.6 | 1,115.8 | 1,360.1 | 1,645.1 | 1,993.4 | 2,729.2 | 3,399.1 |
| Singapore | 488.5 | 572.3 | 667.6 | 790.4 | 944.3 | 1,132.5 | 1,338.5 | 1,579.5 |
| Sri Lanka | 17.8 | 21.8 | 27.3 | 36.2 | 47.6 | 61.8 | 80.3 | 103.4 |
| Thailand | 160.7 | 212.3 | 278.3 | 367.6 | 487.9 | 659.3 | 894.6 | 1,219.8 |
| Middle East | 1,130.2 | 1,163.1 | 1,203.2 | 1,300.7 | 1,444.0 | 1,544.3 | 1,688.8 | 1,839.8 |
| Egypt | 97.9 | 115.0 | 123.0 | 140.0 | 158.1 | 175.3 | 197.4 | 221.6 |
| Iran | 226.9 | 242.7 | 270.6 | 282.7 | 308.8 | 324.7 | 340.7 | 363.9 |
| Israel | 524.7 | 527.2 | 522.3 | 581.2 | 651.1 | 697.8 | 774.5 | 846.4 |
| Jordan | 34.6 | 32.3 | 29.6 | 30.0 | 32.9 | 34.2 | 36.0 | 38.0 |
| Kuwait | 62.9 | 60.5 | 61.6 | 62.2 | 71.5 | 75.4 | 81.2 | 89.9 |
| Saudi Arabia | 183.3 | 185.4 | 196.0 | 204.6 | 221.6 | 236.9 | 258.8 | 280.0 |
| Africa | 753.4 | 874.5 | 981.1 | 1,149.7 | 1,422.4 | 1,613.0 | 1,863.7 | 2,149.0 |
| Cameroon | 4.4 | 5.8 | 7.8 | 9.1 | 11.8 | 14.8 | 19.1 | 23.9 |
| Kenya | 3.0 | 4.1 | 5.3 | 5.9 | 6.8 | 7.7 | 9.0 | 13.2 |
| Morocco | 74.7 | 91.6 | 105.8 | 123.2 | 136.4 | 156.6 | 181.5 | 203.9 |
| Senegal | 14.9 | 19.3 | 24.4 | 30.0 | 38.0 | 47.0 | 60.0 | 72.2 |
| South Africa | 627.1 | 723.8 | 800.4 | 933.5 | 1,175.1 | 1,328.0 | 1,528.5 | 1,764.2 |
| Tunisia | 24.0 | 24.5 | 31.1 | 37.6 | 42.9 | 50.0 | 56.3 | 63.3 |
| Zimbabwe | 5.3 | 5.4 | 6.4 | 10.4 | 11.3 | 8.8 | 9.3 | 8.4 |

SOURCE: Worldwide Computer Software Spending by Country
Digital Planet 2004. The Global Information Economy
Published in October 2004
Publisher:
The World Information Technology and Services Alliance (WITSA)
1401 Wilson Blvd., Suite 1100, Arlington, VA 22209
Phone 703-522-5055
www.witsa.org

## 3. Worldwide Computer Software Spending by Country by %

| Region/Country | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|
| WORLDWIDE (mil.USD) | 100.000% | 100.000% | 100.000% | 100.000% | 100.000% | 100.000% | 100.000% | 100.000% |
| North America | 55.300% | 54.836% | 52.547% | 52.149% | 51.936% | 50.872% | 49.533% | 48.429% |
| Canada | 2.164% | 2.232% | 2.211% | 2.240% | 2.158% | 2.020% | 1.977% | 2.006% |
| Mexico | 0.317% | 0.293% | 0.314% | 0.293% | 0.270% | 0.244% | 0.227% | 0.214% |
| United States | 52.819% | 52.312% | 50.021% | 49.616% | 49.509% | 48.608% | 47.329% | 46.210% |
| Latin America | 1.571% | 1.566% | 1.588% | 1.516% | 1.434% | 1.341% | 1.269% | 1.224% |
| Argentina | 0.216% | 0.198% | 0.195% | 0.175% | 0.180% | 0.176% | 0.173% | 0.174% |
| Bolivia | 0.008% | 0.008% | 0.010% | 0.012% | 0.011% | 0.010% | 0.009% | 0.009% |
| Brazil | 0.900% | 0.905% | 0.919% | 0.865% | 0.796% | 0.717% | 0.654% | 0.599% |
| Chile | 0.055% | 0.054% | 0.052% | 0.051% | 0.047% | 0.044% | 0.042% | 0.044% |
| Colombia | 0.089% | 0.089% | 0.090% | 0.092% | 0.087% | 0.085% | 0.083% | 0.086% |
| Costa Rica | 0.038% | 0.040% | 0.041% | 0.041% | 0.040% | 0.039% | 0.038% | 0.039% |
| Ecuador | 0.006% | 0.008% | 0.009% | 0.011% | 0.011% | 0.012% | 0.012% | 0.014% |
| Honduras | 0.011% | 0.012% | 0.012% | 0.013% | 0.013% | 0.012% | 0.012% | 0.013% |
| Jamaica | 0.025% | 0.025% | 0.026% | 0.026% | 0.026% | 0.025% | 0.025% | 0.024% |
| Panama | 0.057% | 0.059% | 0.059% | 0.057% | 0.056% | 0.054% | 0.054% | 0.054% |
| Peru | 0.062% | 0.061% | 0.060% | 0.065% | 0.064% | 0.064% | 0.063% | 0.067% |
| Uruguay | 0.021% | 0.019% | 0.022% | 0.015% | 0.014% | 0.013% | 0.012% | 0.012% |
| Venezuela | 0.085% | 0.087% | 0.091% | 0.095% | 0.088% | 0.087% | 0.089% | 0.090% |
| Western Europe | 29.726% | 30.077% | 31.950% | 32.047% | 32.220% | 33.369% | 34.104% | 34.477% |
| Austria | 0.595% | 0.624% | 0.665% | 0.671% | 0.677% | 0.714% | 0.755% | 0.814% |
| Belgium | 0.705% | 0.743% | 0.797% | 0.807% | 0.822% | 0.867% | 0.919% | 0.998% |
| Denmark | 0.610% | 0.643% | 0.692% | 0.693% | 0.705% | 0.743% | 0.783% | 0.845% |
| Finland | 0.471% | 0.497% | 0.535% | 0.539% | 0.540% | 0.566% | 0.596% | 0.642% |
| France | 4.889% | 4.907% | 5.196% | 5.182% | 5.272% | 5.431% | 5.467% | 5.402% |
| Germany | 6.919% | 7.000% | 7.476% | 7.456% | 7.469% | 7.616% | 7.646% | 7.548% |
| Greece | 0.146% | 0.156% | 0.165% | 0.170% | 0.171% | 0.183% | 0.195% | 0.213% |
| Ireland | 0.199% | 0.208% | 0.217% | 0.215% | 0.216% | 0.231% | 0.246% | 0.268% |
| Italy | 2.585% | 2.532% | 2.649% | 2.597% | 2.614% | 2.687% | 2.709% | 2.689% |
| Netherlands | 1.967% | 2.029% | 2.139% | 2.117% | 2.109% | 2.190% | 2.288% | 2.437% |
| Norway | 0.498% | 0.523% | 0.566% | 0.576% | 0.602% | 0.627% | 0.651% | 0.699% |
| Portugal | 0.201% | 0.215% | 0.230% | 0.231% | 0.236% | 0.250% | 0.268% | 0.293% |
| Spain | 1.011% | 1.071% | 1.154% | 1.168% | 1.188% | 1.249% | 1.319% | 1.423% |
| Sweden | 0.998% | 1.056% | 1.122% | 1.136% | 1.125% | 1.160% | 1.223% | 1.311% |
| Switzerland | 1.125% | 1.190% | 1.270% | 1.282% | 1.287% | 1.343% | 1.404% | 1.504% |
| Turkey | 0.192% | 0.116% | 0.146% | 0.168% | 0.165% | 0.176% | 0.192% | 0.207% |
| United Kingdom | 6.615% | 6.567% | 6.933% | 7.040% | 7.022% | 7.338% | 7.445% | 7.185% |
| Eastern Europe | 0.844% | 0.912% | 1.005% | 1.026% | 1.018% | 1.032% | 1.048% | 1.096% |
| Bulgaria | 0.014% | 0.015% | 0.017% | 0.017% | 0.017% | 0.018% | 0.019% | 0.020% |
| Czech Republic | 0.164% | 0.178% | 0.196% | 0.201% | 0.199% | 0.206% | 0.211% | 0.224% |
| Hungary | 0.153% | 0.162% | 0.177% | 0.192% | 0.187% | 0.186% | 0.185% | 0.186% |
| Poland | 0.233% | 0.252% | 0.276% | 0.280% | 0.279% | 0.285% | 0.295% | 0.312% |
| Romania | 0.025% | 0.030% | 0.033% | 0.033% | 0.032% | 0.032% | 0.032% | 0.033% |
| Russia | 0.192% | 0.210% | 0.232% | 0.233% | 0.234% | 0.233% | 0.234% | 0.243% |
| Slovakia | 0.047% | 0.050% | 0.054% | 0.051% | 0.048% | 0.048% | 0.048% | 0.050% |
| Ukraine | 0.015% | 0.016% | 0.020% | 0.020% | 0.022% | 0.024% | 0.026% | 0.028% |

Based on Data of:   Worlwide Software Spending by Country
Digital Planet 2004. The Global Information Economy
Published in October 2004
Publisher:
The World Information Technology and Services Alliance (WITSA)
1401 Wilson Blvd., Suite 1100, Arlington, VA 22209
Phone 703-522-5055
www.witsa.org

EX B



Customers | News | Products | Solutions | Company | Investor Relations |
You are here: Home > News > Press Room > Press Releases

**News**

Latest News
Press Room
  Press Releases
  Photos & Artwork
  Press Contacts
  Company Info
In the News
Events

## PRESS RELEASE

### Software AG expands in high-growth Latin America

- New office in Sao Paulo opened
- Major projects in Brazil, Chile and Panama
- IT Training Center established in Chile
- Revenue more than doubled in 2005
- Brazil expected to add substantial revenue as of 2008
- Latin America should return 15-20% of group revenue in the middle-term

Darmstadt, 19.05.2006 11:30:00

Software AG today announced further expansion in Latin America with the establishment of Software AG Brazil. This is the latest step in the systematic expansion of business in Latin America, started in 2003 with the transfer of responsibility for the region to Software AG Spain. Since then, Software AG has since established a direct presence in a growing number of Latin American countries. Quick sales success followed, particularly with tried and tested public administration solutions, supported by Spanish reference customers.

Other steps include the establishment of a Software AG office in Chile that has developed a best practice consulting services for e-government modernization. Projects include: the modernization of the Post Office system for Correos Chile, consulting to the Ministry of Health, to the Ministry of Finance and support in designing the interoperability architecture of the different ministries of the Chilean Government. Software AG has also established an IT Training Center in Chile, utilizing its worldwide experience in the public sector, and has certified more than 350 Government IT employees in XML Technology.

In 2005, Software AG acquired its sales partner APS in Venezuela including their offices in Costa Rica, Panama and Puerto Rico. Recent projects include the modernization of the Ministry of Public Works in Costa Rica, the Ministry of Finance of Honduras and the Public Registry of Panama.

In addition, Software AG recently announced sponsorship of the e-Government Chair at the Sumaq Alliance, comprising of the eight leading business schools in the Spanish and Portuguese-speaking markets.

Latin America accounted for 4% of Software AG Group revenue in 2005, more than double that of 2004. This is expected to grow to 15-20% within the next five years. The largest and most important market on the continent is Brazil which is currently subject to an exclusive distribution agreement with a sales partner. This agreement will expire at the end of 2007 when distribution rights will revert to Software AG Brazil. The company expects a substantial increase in business and revenue in 2008.

Software AG Brazil will establish a local Support and Maintenance Centre in Brazil in mid 2007 to support the over 200 customers in the country. The company also

announced the first major project win in Brazil in the design, development and implementation of the Police and citizens security system for the state of Bahia.

**Software AG**, headquartered in Darmstadt, Germany, provides a full range of products and services to deliver a service-oriented architecture (SOA) IT infrastructure, based on over thirty-five years experience in high-performance databases, application development tools and integration technologies. Its technology offers process driven integration through legacy modernization and SOA based integration. Software AG helps its customers to achieve a competitive advantage through flexible and adaptive business processes based on fast and easy integration of existing IT assets. It supports the mission-critical systems of over 3,000 customers globally. Software AG is represented in around 70 countries with more than 2,700 employees. It is listed on the Frankfurt Stock Exchange (TecDAX, ISIN DE 0003304002 / SOW). In 2005 Software AG posted €438 million in total revenue.

**Contact:**
Software AG
Paul Hughes
Director Media Relations
Uhlandstr.12
64297 Darmstadt
Germany
Tel: +49 6151 92-1787
Fax: +49 6151 92-1621
press@softwareag.com
http://www.softwareag.com

powered by
**tamino**

Home | Contact |                Sitemap | Legal Aspects | Privacy Policy | Impressum          Copyright

search

References
Customer Support
User Groups
Developer Community
Contact

Latest News
Press Room
In the News
Events

crossvision
Adabas
ApplinX
CentraSite
EntireX

EX 14

Argentina



Customers | News | Products | Solutions | Company | Investor Relations |    soft

References
Search other Support
User Groups
Company Community
Company Info
EU & International Projects
Jobs
Our Partners
Our Services
Our Offices
The XML Company
User Groups
FAQ
Contact

You are here: Home > Company > Our Offices

# ARGENTINA

**SOFTWARE AG CHILE**
C/ Huérfanos 835, Piso 19
Oficinas 1901-1902
Santiago de Chile

Phone: +56 2 3470500
Fax: +56 2 633 9972

Contact:
contacto@softwareag.cl

**LOCAL REPRESENTATIVE**

**Consist Teleinformatica S.A**
Av. Corrientes 345 4th. Floor
(C1043AAD) Buenos Aires, Argentina

Tel: +54 1 14313 1747
Fax: +54 1 14313 3665

Content Finder
Print Page
Recommend Page

Secured Area:

Country Sites:

**Refere**

Aldeasa
Mainfram
access to
Managen
through t

Hibernia
Insuranc
Substant
of admin

Nissan A
Mission c
systems
Adabas a
environm
Software
Nissan A
Zealand
costs wh
best poss
customer

Governm
(Spain)

**Quote**

"Sacra
used Sol
since th
with mi
there w
to integ
Web-e
utiliz
working
Profe
Group, t
to share
applicat
informat
a min

powered by
tamino

Home | Contact | Sitemap | Legal Aspects | Privacy Policy | Impressum          Copyright





search

**Company**

Company Info
EU & International Projects
Jobs
Our Partners
Our Services
Our Offices
The XML Company
User Groups
FAQ
Contact

Latest News
Press Room
In the News
Events

You are here: Home > Company > Our Offices

# BOLIVIA

**SOFTWARE AG CHILE**
C/ Huérfanos 835, Piso 19
Oficinas 1901-1902
Santiago de Chile

Phone: +56 2 3470500
Fax: +56 2 633 9972

Contact:
contacto@softwareag.cl

## LOCAL REPRESENTATIVE

**Consist Teleinformatica S.A**
Av. Corrientes 345 4th. Floor
(C1043AAD) Buenos Aires, Argentina

Phone: + 54 1 14313 1747
Fax: + 54 1 14313 3665

Content Finder
Print Page
Recommend Page

Secured Area:
Country Sites:

**Refere**

Aldeasa
Mainfrar
access tc
Managen
through I

Hibernia
Insuranc
Substant
of admin

Nissan A
Mission c
systems
Adabas a
environn
Software
Nissan A
Zealand
costs wh
best pos:
custome!

Governn
(Spain)

**Quote**

"Sacra
used Sol
since th
with m
there w
to integ
Web-e
utiliz
working
Profe
Group, t
to shar
applicat
informat
a min

**Events**

2006-09
Gartner /
Developr

2006-09
Internati
User Gro

powered by
tamino

Home | Contact | Sitemap | Legal Aspects | Privacy Policy | Impressum

Copyright

Brazil



Customers | News | Products | Solutions | Company | Investor Relations

search

**You are here:** Home > Company > Our Offices

**Company**

Company Info
EU & International Projects
Jobs
Our Partners
Our Services
Our Offices
The XML Company
User Groups
FAQ
Contact

# BRAZIL

**Software AG Brazil**
São Paulo Office
Av. Nações Unidas, 12.551 – 9º andar
CEP 04578-903 – São Paulo – Brazil

Phone: +55 11 3443 7450
Fax: +55 11 3443 7474

Contact:
Ilario Dassie
E-mail: Ilario.dassie@softwareag.com.br

**Software AG Brazil**
Salvador Office
Rua Magalhães Neto, 1.856, Pituba
Salas 1506/7 – CEP 41810-012
Salvador – BA – Brazil

Phone: +55 11 3443 7450
Fax: +55 11 3443 7474

Contact:
Ilario Dassie
E-mail: Ilario.dassie@softwareag.com.br

**LOCAL REPRESENTATIVE**

**Consist International**
Avenida das Nações Unidas, 20.727
Cep. 04795-100
São Paulo
Brazil

Phone: +55 11 5693 7000
Fax: +55 11 5693 7777



Content Finder
Print Page
Recommend Page

Secured Area:

Country Sites:

**Refere**

Aldeasa
Mainfram
access to
Managen
through I

Hibernia
Insuranc
Substant
of admin

Nissan A
Mission c
systems
Adabas a
environn
Software
Nissan A
Zealand
costs wh
best poss
customer

Governm
(Spain)

**Quote**

"Sacrar
used Sol
since th
with mu
there w
to integ
Web-e
utiliz
working
Profe
Group, t
to share
applicat
informat
a min

**Events**

2006-09-
Gartner /
Developr

2006-09-
Internati
User Gro

powered by
tamino



Chile

**Customers | News | Products | Solutions | Company | Investor Relations**

soft

References
Customer Support
User Groups
Company Community
Company Info
EU & International Projects
Jobs
Our Partners
Our Services
Our Offices
The XML Company
User Groups
FAQ
Contact

You are here: Home > Company > Our Offices

# CHILE

**SOFTWARE AG CHILE**
C/ Huérfanos 835, Piso 19
Oficinas 1901-1902
Santiago de Chile

Phone:+ 56 2 3470500
Fax: +56 2 633 9972

Contact:
contacto@softwareag.cl

**SOFTWARE AG FACTORÍA S.A.**
C/Tupungato 3850, piso 5
Parque Industrial Curauma
Km 96, Ruta 68
Valparaiso

Phone: +56 32 571100

Contact:
contacto@softwareag.cl

Content Finder
Print Page
Recommend Page

Secured Area:
Country Sites:

Refere

Aldeasa
Mainfrar
access to
Managen
through t

Hibernia
Insuranc
Substant
of admin

Nissan A
Mission c
systems
Adabas a
environm
Software
Nissan A
Zealand
costs wh
best poss
customer

Governm
(Spain)

Quote

"Sacrar
used Sol
since th
with mi
there w
to integ
Web-e
utiliz
working
Profe
Group, t
to share
applicat
Informat
a min

Events

2006-09-
Gartner /
Developr

2006-09-
Internati
User Gro

powered by
camino

Home | Contact | Sitemap | Legal Aspects | Privacy Policy | Impressum

Copyright

Paraguay



**Customers** | **News** | **Products** | **Solutions** | **Company** | **Investor Relations** | **soft**

References
Customer Support
User Groups
Company Community
Company Info
Contact

**You are here:** Home > Company > Our Offices

References
Customer Support
User Groups
Company Community
Company Info
Contact
EU & International Projects
Jobs
Our Partners
Our Services
Our Offices
The XML Company
User Groups
FAQ
Contact

# PARAGUAY

**SOFTWARE AG CHILE**
C/ Huérfanos 835, Piso 19
Oficinas 1901-1902
Santiago de Chile

Phone: +56 2 3470500
Fax: +56 2 633 9972

Contact:
contacto@softwareag.cl

**Refere**

Aldease
Mainfram
access to
Managen
through t

Hibernia
Insuranc
Substant
of admin

Nissan A
Mission c
systems
Adabas a
environr
Software
Nissan A
Zealand
costs wh
best pos
custome

Governm
(Spain)



Content Finder
Print Page
Recommend Page

Secured Area:
Country Sites:

**Quote**

"Sacra
used Sot
since th
with m
there w
to inte
Web-e
utiliz
working
Profe
Group, t
to share
applicat
informat
a min

**Events**

2006-09-
Gartner /
Developr

2006-09-
Internat
User Gro

powered by
tamino

Home | Contact | Sitemap | Legal Aspects | Privacy Policy | Impressum

Copyright

Peru



Customers | News | Products | Solutions | Company | Investor Relations |

References
Customer Support
User Groups
Company Community
Contact Info
EU & International Projects
Jobs
Our Partners
Our Services
Our Offices
The XML Company
User Groups
FAQ
Contact

You are here: Home > Company > Our Offices

# PERU

**SOFTWARE AG CHILE**
C/ Huérfanos 835, Piso 19
Oficinas 1901-1902
Santiago de Chile

Phone: +56 2 3470500
Fax: +56 2 633 9972

Contact:
contacto@softwareag.cl


**LOCAL REPRESENTATIVE**

**Consist Teleinformatica S.A**
Av. Corrientes 345 4th Floor
(C1043AAD) Buenos Aires, Argentina

Phone: +54 1 14313 1747
Fax: +54 1 14313 3665

Content Finder
Print Page
Recommend Page

Secured Area:
Country Sites:

**Refere**

Aldeasa
Mainfram
access to
Managen
through t

Hibernian
Insuranc
Substant
of admin

Nissan A
Mission c
systems
Adabas a
environm
Software
Nissan A
Zealand
costs wh
best pos
customer

Governm
(Spain)

**Quote**

"Sacrar
used Soi
since th
with ma
there w
to integ
Web-e
utiliz
working
Profe
Group, t
to share
applicat
informat
a min

**Events**

2006-09-
Gartner /
Developr

2006-09-
Internati
User Gro

powered by
tamino

Home | Contact | Sitemap | Legal Aspects | Privacy Policy | Impressum

Copyright



Customers | News | Products | Solutions | Company | Investor Relations |

References
Technical Support
User Groups
Company Community
Company Info
EU & International Projects
Jobs
Our Partners
Our Services
Our Offices
The XML Company
User Groups
FAQ
Contact

You are here: Home > Company > Our Offices

# URUGUAY

**SOFTWARE AG CHILE**
C/ Huérfanos 835, Piso 19
Oficinas 1901-1902
Santiago de Chile

Phone: +56 2 3470500
Fax: +56 2 633 9972

Contact:
contacto@softwareag.cl

## LOCAL SALES REPRESENTATIVE

**Consist Teleinformatica S.A.**
Plaza Cagancha 1335 Piso 3º Of. 314
Edificio Torre Libertad
(11100) Montevideo
Uruguay

Phone: + 598 2 902 6449
Fax: + 598 2 900 8145

 Content Finder
Print Page
Recommend Page

Secured Area:
Country Sites:

Refere

Aldeasa
Mainfram
access to
Managem
through t

Hibernian
Insurance
Substant
of admin

Nissan A
Mission c
systems
Adabas a
environm
Software
Nissan A
Zealand
costs wh
best poss
customer

Governm
(Spain)

Quote

"Sacra
used Sol
since th
with m
there w
to integ
Web-e
utiliz
working
Profe
Group, t
to share
applicat
informat
a min

Events

2006-09-
Gartner /
Developr

2006-09-
Internati
User Gro

powered by
tamino

Home | Contact | Sitemap | Legal Aspects | Privacy Policy | Impressum

Copyright

EX 15

**software AG**
THE XML COMPANY

## Perfil del Cliente

### Servicio de Salud Metropolitano Sur

El Servicio de Salud Metropolitano Sur (SSMS), nace oficialmente el 2 de julio de 1979, con la creación del Sistema Nacional de Servicios de Salud (por Decreto Ley N° 2763).

Al igual que los demás Servicios de Salud del país, le corresponde la tarea de ser el continuador legal del Servicio Nacional de Salud y del Servicio Médico Nacional de Empleados.

Como función, le compete ejecutar acciones de promoción y protección relativas a las personas y del ambiente, así como la recuperación y rehabilitación de su población beneficiaria.

### El Reto

Como parte de la definición del proyecto "Migración de Bases de Datos y Aplicaciones SOME", el Servicio de Salud Metropolitano Sur (SSMS), planteó superar los siguientes problemas:

- Existencia de Sistemas no integrados entre sí, ni entre Centros Hospitalarios.
- Sistemas no disponen de Ficha Clínica de Paciente.
- Existencia de múltiples Bases de Datos.
- Aplicaciones distintas para cumplir la misma funcionalidad.
- Sistemas existentes con orientación principalmente Administrativa/financiera.

### La Solución

La Solución adquirida incluye:

- Aplicaciones integradas, orientadas a la gestión Clínica y Administrativa, que incluyen los siguientes módulos:
  - Gestión de Pacientes
  - Derivaciones intra e inter Centros.
  - Gestión de Agenda
  - Módulos de :
    - Atención Urgencia
    - Atención Médica
    - Hospitalización
    - Pabellón
    - Laboratorio / Imagenología
    - Recaudación
    - Estadísticas y Cuadro de Mando.
- Solución multicentro, que permita gestionar los distintos centros de la jurisdicción.
- Basada en tecnología web, aplicando modelo de tres capas y programación estándar Java.
- Definición de un esquema de Base de Datos centralizado, basado en la plataforma Tamino XML Server.
- Integración del Sistema desarrollado con sistemas de terceros, utilizando para ello la plataforma de integración de aplicaciones EntireX.
- Generación de información del tipo Cuadro de Mando, mediante el uso de la herramienta de presentación de indicadores de negocio XML_Mart. Mesa de Ayuda para la gestión de los diversos tipos de requerimientos de soporte utilizando X-Attend (aplicación de Mesa de Ayuda realizada en Chile soportada por Tamino XML Server)

### Los Beneficios

- Solución integrada y global.
- Operación Multicentro, lo que permite gestionar, con una herramienta única, los distintos Centros Hospitalarios del SSMS.
- Aplicación Orientada al Paciente, más que a aspectos administrativos, lo que implica conocer tanto las avenidas clínicas como administrativas asociadas a éste.
- Base de Datos común, capaz de soportar eficientemente los volúmenes de datos de los distintos Centros Hospitalarios y de Atención Primaria.
- Ficha Clínica única por Centro Hospitalario, que integra las distinta prestaciones entregadas.
- Entrega información orientada tanto a nivel operativo como a las instancias de Dirección.
- Solución totalmente web, lo que permite el acceso a la información desde cualquier parte.
- Mantiene el registro de quién ejecutó cada uno de los procesos.
- Se integra con sistemas externos (Fonasa, Siges, Laboratorio), permitiendo una fácil integración con otros sistemas operacionales. Cálculo de Costos asociados a Cuentas Corrientes de Hospitalizados y atenciones Ambulatorias.

**S SOFTWARE AG**
THE XML COMPANY

## Perfil del Cliente

### Ilustre Municipalidad de La Florida

http://www.laflorida.cl

Con una superficie de 71 Km2 y una población de 365.674 habitantes (189.429 mujeres y 176.245 hombres), la comuna de La Florida acoge a un 4,02% de la población total de la región, un 0,03% correspondiente a población rural y 99,97% a población urbana (Datos Censales 2002).

### El Reto

Se solicita desarrollar una solución tecnológica, en torno a un Portal Web, orientado a entregar información y servicios públicos propios de la Municipalidad de la Florida hacia su comunidad. Esto indica que una aplicación para la transmisión on-line, en donde los principales documentos municipales podrán ser consultados y transferidos vía Internet por todos los ciudadanos del municipio que se encuentren previamente registrados.

Los objetivos principales a considerar como referencia para establecer el alcance del desarrollo del proyecto, son los siguientes:

- Contar con un portal Web que ofrezca un conjunto de aplicaciones e información de interés a los ciudadanos y empresas del Municipio.

- Permitir el mantenimiento (altas, modificaciones y consultas) de cualquier tipo de contenido publicado en el Portal Web (información del municipio, noticias, fichas de usuarios entre otras).

- Permitir la consulta en tiempo real del estado de los trámites.

- Gestión de notificaciones y avisos, tanto a los usuarios finales como a los usuarios administradores de la herramienta.

- Administrar y Gestionar usuarios, grupos y contenidos permitiendo la trazabilidad de la información requerida.

- Interfaz de usuario fácil e intuitivo que permita realizar distintos tipos de búsquedas para una localización de documentos rápida y eficaz.

### La Solución

Para tal efecto SoftwareAG presenta una propuesta a desarrollar en Java, utilizando las especificaciones J2EE, que garantiza un manejo flexible de los contenidos, con independencia de su presentación en la web.
El Portal que se desarrollará, incluirá todas las secciones y funcionalidades indicadas por el usuario bajo los aspectos:

- Diario Electrónico Municipal "La Florida Digital";
- Trámites On-Line
- Servicios de Información a la Comunidad y Seguridad Ciudadana
- Página de Servicio a la Empresa
- Portal Empleo
- Foros, Encuesta, Mapas de localización, Banners, Buscadoras.

La solución técnica propuesta SoftwareAG esta apoyada con productos:

Tareana : es la solución de Software AG Chile para la Gestión de Contenidos en entorno Web que permita gestionar toda la información de cualquier aplicación o portal web de una manera sencilla y eficaz, con multitud de opciones de utilidad tanto a nivel de Intranet como Extranet o portal corporativo.

EntireX: Para la integración con el back-office de la Municipalidad, Software AG propone una solución de integración basada en el software EntireX. EntireX XML es un producto de Software AG que asegura las comunicaciones electrónicas. Gestiona transacciones XML sobre Internet, enruta hacia las aplicaciones receptoras y si es necesario transforma el mensaje al formato de datos del "back-end" o lo presenta utilizando hojas de estilo en formato HTML, PDF y WAP.

Tamino: Para el almacenamiento de los datos se utilizado Tamino XML Server, servidor de información nativo XML capaz de almacenar y gestionar toda la documentación XML y no XML generada.

Opciones Adicionales ofrecidas:

- Propuestas para el Hosting del Portal y casilla electrónica para usuarios.
- Computadores Infocentros.
- Cursos de capacitación.

### Los Beneficios

Aportar a la descentralización de los servicios municipales. Apoyando al vecino en la realización de sus trámites de manera que sea un solo lugar al que deban dirigirse para realizar alguna actividad, de igual forma cuando desean obtener información respecto de las actividades municipales o participación de algún beneficio ofrecido por el municipio. Se gran parte de los servicios municipales se pudieran realizar de forma remota se evitarían o reducirían costos directos para el usuario. Pudiendo incluso verificar en que estado se encuentra sus solicitudes. A la vez el municipio disminuye sus costos y volumen de atención de público, pudiendo fidelizar a sus contribuyentes, entregando un servicio de mejor calidad, mejorando los estándares de atención y respuesta.

Distinguished Municipality of La Florida

With an area of 71 Km2 and a population of 365,674 inhabitants (189,429 females and 176,245 males) the municipality of La Florida is home to 6.03% of the total population of the region, 0.05% is rural population and 99,7% is urban population ( data of census 2002).

The Challenge

To develop a technological solution while delivering a web portal aimed at providing information and public services from the La Municipalidad de la Florida to the community. This includes a an on-line application for processes, where the most important municipal documents could be initiated or terminated via the Internet by all the district's citizens who previously registered in the system.

The main objectives considered in establishing the scope of development for the project are the following:

- A web portal providing a set of application and/or information of interest to the Town's Citizens and Businesses.
- Management (new, modifications and business queries) on any content published on the Web portal (Town Information, News, User Files among other)
- Real Time status and queries
- Notification and Alert Management to the Administrators and End-users
- User, Group, and Content Management, including audit trail support
- User friendly and intuitive interface capable of executing different type of searches to quickly and efficiently locate documents.

The solution

In this regard, Software AG presented a Java development proposal, utilizing J2EE specifications, which guarantees flexible handling of contents, independent of the web presentation.
The portal to be developed will include all areas and functionalities indicated by the user as follow:

- Municipal Electronic Diary "La Florida Digital"
- On-Line Administrative Processes
- Community Information Services and Citizen Security
- Services to Business page
- Employment Portal
- Forum, Surveys, Local Maps, Banners, Search Engines

Software AG technical proposal is supported by the following products:

Turcana: The Software AG Chile solution for Content Management on Web environment allows one to manage all information from any application or web portal in a simple and efficient manner, with multiple options at the Internet, Extranet or Corporation level.

Entire X: For Municipality Back Office integration, Software AG proposed an integration solution based on the Entire X software. Entire X XML is a Software AG product that ensures electronic communications. Manage XML transactions over the Internet, route to target applications and if necessary, transforms messages to match the back end data format or presents it using style sheets with HTML, PDF, and WAP format.

Tamino: For data storage Tamino XML server is used, XML native server capable of storing and managing all XML and non-XML generated documentation.

Additional Options provided:

- Proposal for Portal Hosting and user email accounts
- Info Centers computers
- Training Courses

The Benefits:

Promoting municipal center decentralization. Supporting the neighborhood in the administrative processes by ensuring that the activities pertaining to a process, including inquiries about services or benefits provided by the municipality, are handled in a centralized location. If a significant amount of municipal services were performed remotely, direct cost for the user could be avoided or reduced. Even process status could be verified. In turn, the municipality reduces costs and the volume of customer care. Increasing contributor loyalty, providing a better quality service and improving the service and response standards.

**Client Profile**

**Metropolitan South Health Care Service**

The Metropolitan South Health Care Service (SSMS), was officially born on July 2, 1979, following the establishment of the National Health Care Services System (By Decree Law N# 2763).

Similar to other country's national health care services, it is responsible for attending to legal matters for the National Health Care Service and the Employee's National Medic Service.

Its main function is to perform actions designed to encourage and protect people and the environment, as well as to help recover and rehabilitate the beneficiary population.

**The Challenge**

As part of the project, "Database migration and SOME Applications" definition, the Metropolitan South Health Care service (SSMS) posed to overcome the following problems:

- Current systems are not integrated among themselves and among other hospital centers.
- Systems don't support Patient clinic files.
- There are Multiple Database in existence
- There are different applications that perform the same functions
- Current system are mainly Administrative/Finance oriented

**The Solution**

The acquired solution includes:

- Integrated applications, which are administrative and clinic management oriented include the following modules:
  - o Patient Management
  - o Intro or Inter Center referral
  - o Agenda Management
  - o Modules:
    - ER Service
    - Medical Service
    - Admission
    - Accommodation Management
    - Lab / Images
    - Collection
    - Statistics and Organization Chart

- o  Multi center solution, which enable the management of the different centers in the district
- o  Web Based, 3-tier model, and Java standard code.
- o  Centralized Database schema definition, based on Tamino XML Server platform
- o  Integration of the developed system with Third Party systems through the EntireX application integration platform
- o  Organization Chart report generation through XML_Mart business index presentation tool. Help Desk for the management of the different types of support requirements through X-Attend (Help Desk application developed in Chile supported by Tamino XML Server)

**The Benefits**

- Complete and Integrated solution
- Multi Center operation, which allows the management of the diverse SSMS hospital centers using a single tool.
- Patient oriented application rather than administrative aspects, which implies the importance of knowing clinical events as much as the administrative events associated with him/her
- Unique DataBase, capable of efficiently supporting the data volume of the different hospital Centers and Primary Service Centers.
- Individual Clinical file per Hospital Center, which integrates the different provisions offered.
- Delivers operative and executive oriented information
- Fully web based solution which enables access from anywhere
- Audit records of the user that executed each process.
- Integrates with external systems ( Fonasa, Siggers, Lab) enabling easy integration with other operational systems, and cost calculation associated with the admitted or walk-in patient's checking account.

Ex 16

**From:** Natalio S. Fridman
**To:** Streibich, Karl-Heinz
**Sent:** Thursday, May 31, 2007 10:14 PM
**Subject:** It was a pleasure to meet with you last week

Dear Karl-Heinz,

It was a pleasure to meet with you last week, before I left for my vacation.
It is unfortunate for both of our companies that we could not arrive at an agreement to resolve
our dispute over our relationship after December 31, 2007.
In view of that, please inform me as soon as possible whether Software AG/SAGA is still
claiming a right to terminate our existing Distributorship Agreement before December 31, 2007.


Best Regards

Natalio S. Fridman
Natalio.Fridman@Consist.com

EX 17

----- Original Message -----
**From:** Streibich, Karl-Heinz
**To:** Fridman, Natalio
**Sent:** Tuesday, June 05, 2007 8:09 AM
**Subject:** Your mail

Dear Natalio,

I also enjoyed meeting you and feel sorry that currently we did not manage to find an amicable solution for our dispute.
This being so, you will understand that we reserve all of our rights under our Distributorship Agreement.
However we continue to be open for settlement discussions.

Best regards

Karl-Heinz