James D. Jacobs
Richard A. De Palma
BAKER & McKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036-7703
Tel: (212) 626-4100
FAX: (212) 310-1600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONSIST SOFTWARE SOLUTIONS, INC. f/k/a CONSIST INTERNATIONAL, INC.,

    Plaintiff,

-against-

SOFTWARE AG, INC. and SOFTWARE AG,

    Defendants.



Case No. _____ Judge McMahon

DEFENDANTS SOFTWARE AG, INC. AND SOFTWARE AG'S RULE 7.1 STATEMENT



AUG 0 7 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Defendants Software AG, Inc. and Software AG file this statement pursuant to Fed. R. Civ. P. 7.1.

1. Defendant Software AG is the parent company of Defendant Software AG, Inc., and owns more than 10% of the stock of Software AG, Inc. Software AG is a publicly-traded company on the Frankfurt Stock Exchange.

2. There is no parent company or publicly held corporation that owns 10% or more of Software AG.

Dated: New York, New York
August 6, 2007

BAKER & McKENZIE LLP

By: _____
Richard A. De Palma (RD2818)
1114 Avenue of the Americas
New York, New York 10036
(212) 626-4100

Attorneys for Defendants
Software AG, Inc. and Software AG