DUANE MORRIS LLP
Hyman L. Schaffer (HS-4536)
Fran M. Jacobs (FJ-0892)
Brian Damiano (BD-3922)
1540 Broadway
New York, New York 10036
(212) 692-1000
*Attorneys for Plaintiff*
*Consist Software Solutions, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CONSIST SOFTWARE SOLUTIONS, INC., :
f/k/a CONSIST INTERNATIONAL, INC., :
                                                        : 07 CV 7047 (CM) (FM)
                     Plaintiff, :
    -against- :
                                                        : **RULE 7.1 STATEMENT**
SOFTWARE AG, INC. and SOFTWARE AG, :
                   Defendants. :
------------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Consist Software Solutions, Inc., f/k/a Consist International, Inc. (a private non-governmental party) certifies that Consist has no corporate parents, and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       August 13, 2007

                                                                DUANE MORRIS LLP

                                                                By: _____
                                                                     Hyman L. Schaffer (HS-4536)
                                                                     Fran M. Jacobs (FJ-0892)
                                                                     Brian Damiano (BD-3922)
                                                            1540 Broadway
                                                           New York, New York 10036
                                                           Telephone: (212) 692-1000
                                                           Facsimile: (212) 692-1020
                                                           *Attorneys for Plaintiff*
                                                           *Consist Software Solutions, Inc.*