DUANE MORRIS LLP
Hyman L. Schaffer (HS-4536)
Fran M. Jacobs (FJ-0892)
Brian Damiano (BD-3922)
1540 Broadway
New York, New York 10036
(212) 692-1000
*Attorneys for Plaintiff*
*Consist Software Solutions, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CONSIST SOFTWARE SOLUTIONS, INC.,
f/k/a CONSIST INTERNATIONAL, INC.,

                      Plaintiff,

    -against-

SOFTWARE AG, INC. and SOFTWARE AG,

                    Defendants.
------------------------------------------------------------------x

07 CV 7047 (CM) (FM)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Duane Morris LLP, by the undersigned attorneys, is appearing on behalf of plaintiff Consist Software Solutions, Inc. f/k/a Consist International, Inc. in the above-captioned action.

Dated: New York, New York
       August 15, 2007

                                          DUANE MORRIS LLP

                                          By:    /s Hyman L. Schaffer
                                                  Hyman L. Schaffer (HS-4536)
                                                  Fran M. Jacobs (FJ-0892)
                                                  Brian Damiano (BD-3922)
                                        1540 Broadway
                                        New York, New York 10036
                                        Telephone: (212) 692-1000
                                        Facsimile: (212) 692-1020
                                        *Attorneys for Plaintiff*
                                        *Consist Software Solutions, Inc.*