DUANE MORRIS LLP
Hyman L. Schaffer (HS-4536)
Fran M. Jacobs (FJ-0892)
Brian Damiano (BD-3922)
1540 Broadway
New York, New York 10036
(212) 692-1000
*Attorneys for Plaintiff*
*Consist Software Solutions, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
CONSIST SOFTWARE SOLUTIONS, INC.,            :
f/k/a CONSIST INTERNATIONAL, INC.,           :
                                             :   07 CV 7047 (CM) (FM)
                        Plaintiff,           :
            -against-                        :
                                             :   **NOTICE OF APPEARANCE**
SOFTWARE AG, INC. and SOFTWARE AG,           :
                                             :
                        Defendants.          :
-----------------------------------------------------------------------x

   PLEASE TAKE NOTICE that Duane Morris LLP, by the undersigned attorneys, is appearing on behalf of plaintiff Consist Software Solutions, Inc. f/k/a Consist International, Inc. in the above-captioned action.

Dated: New York, New York
       August 15, 2007

                                    DUANE MORRIS LLP

                                    By:     /s Fran M. Jacobs
                                            Hyman L. Schaffer (HS-4536)
                                            Fran M. Jacobs (FJ-0892)
                                            Brian Damiano (BD-3922)
                                    1540 Broadway
                                    New York, New York 10036
                                    Telephone: (212) 692-1000
                                    Facsimile: (212) 692-1020
                                    *Attorneys for Plaintiff*
                                    *Consist Software Solutions, Inc.*