DUANE MORRIS LLP
Hyman L. Schaffer (HS-4536)
Fran M. Jacobs (FJ-0892)
Brian Damiano (BD-3922)
1540 Broadway
New York, New York 10036
(212) 692-1000
*Attorneys for Plaintiff*
*Consist Software Solutions, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
CONSIST SOFTWARE SOLUTIONS, INC.,                :
f/k/a CONSIST INTERNATIONAL, INC.,               :
                                                 :   07 CV 7047 (CM) (FM)
                    Plaintiff,                   :
        -against-                                :
                                                 :   **NOTICE OF APPEARANCE**
SOFTWARE AG, INC. and SOFTWARE AG,               :
                                                 :
                    Defendants.                  :
-----------------------------------------------------------------------x

   PLEASE TAKE NOTICE that Duane Morris LLP, by the undersigned attorneys, is appearing on behalf of plaintiff Consist Software Solutions, Inc. f/k/a Consist International, Inc. in the above-captioned action.

Dated: New York, New York
       August 15, 2007

                                            DUANE MORRIS LLP


                                            By:____/s Brian Damiano_____
                                                  Hyman L. Schaffer (HS-4536)
                                                  Fran M. Jacobs (FJ-0892)
                                                  Brian Damiano (BD-3922)
                                            1540 Broadway
                                            New York, New York 10036
                                            Telephone: (212) 692-1000
                                            Facsimile: (212) 692-1020
                                            *Attorneys for Plaintiff*
                                            *Consist Software Solutions, Inc.*