

**Baker & McKenzie LLP**
1114 Avenue of the Americas
New York, New York 10036, USA

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakernet.com

**MEMO ENDORSED**

RECEIVED AUG 21 2007 CHAMBERS OF COLLEEN McMAHON

Asia Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe & Middle East
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Düsseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

North & South America
Bogotá
Brasilia
Buenos Aires
Caracas
Chicago
Chihuahua
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

August 21, 2007

James David Jacobs
Tel: +1 212 891 3951
James.D.Jacobs@bakernet.com

Via Facsimile (212) 805-6326

The Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 640
New York, NY 10007

RE:    No. 07 CV 7047; *Consist Software Solutions, Inc. f/k/a Consist International, Inc. v. Software AG, Inc. and Software AG*

Dear Judge McMahon:

We write pursuant to your Individual Practices to seek an extension of time to answer, move or otherwise respond to the Complaint in the referenced action to September 21, 2007.

The original date for answer, motion or other response is August 23, 2007. No previous request for extension or adjournment has been made. Plaintiff consents to this request, as reflected by the stipulation accompanying this letter.

Accordingly, we respectfully request that the accompanying stipulation be "so ordered" and that the time for defendants to answer, move or otherwise respond to the Complaint be extended to September 21, 2007.

Sincerely,

James David Jacobs

Attachment

cc:    Hyman Schaffer, Esq. (via facsimile, with attachment)

8/23/07 Fine — So ordered

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/07

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

James David Jacobs (JJ 7351)
BAKER & McKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036-7703
Tel: (212) 626-4100
FAX: (212) 310-1600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSIST SOFTWARE SOLUTIONS, INC. f/k/a CONSIST INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> -against- <br><br> SOFTWARE AG, INC. and SOFTWARE AG, <br><br> Defendants. | Case No. 07 CV 7047 (CM)(FM) <br><br><br> STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT |

IT IS HEREBY STIPULATED by and between the undersigned attorneys that the time for defendants Software AG, Inc. and Software AG to answer, move or otherwise respond to Plaintiff's Complaint is extended to and including September 21, 2007. This Stipulation is without prejudice to any claims or defenses that any party has or may have.

Dated: New York, New York
       August 20, 2007

BAKER & McKENZIE LLP

By: _____
   James David Jacobs (JJ 7...)

1114 Avenue of the Americas
New York, New York 10036
(212) 626-4100

Attorneys for Defendants
Software AG, Inc. and Software AG

DUANE MORRIS LLP

By: _____Hyman Schaffer / BD_____
   Hyman L. Schaffer
   Fran M. Jacobs
   Brian Damiano

1540 Broadway
New York, New York 10036

Attorneys for Plaintiff
Consist Software Solutions, Inc.

**SO ORDERED:**

_____