DUANE MORRIS LLP
Hyman L. Schaffer (HS-4536)
Fran M. Jacobs (FJ-0892)
Brian Damiano (BD-3922)
1540 Broadway
New York, New York 10036
(212) 692-1000
*Attorneys for Plaintiff*
*Consist Software Solutions, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
CONSIST SOFTWARE SOLUTIONS, INC.,            :
f/k/a CONSIST INTERNATIONAL, INC.,           :
                                             :    07 CV 7047 (CM) (FM)
                    Plaintiff,               :
         -against-                           :
                                             :
SOFTWARE AG, INC. and SOFTWARE AG,           :
                                             :
                    Defendants.              :
-------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that I caused the foregoing Plaintiff's First Request for the Production of Documents to be served on all parties of record in this action by ECF.

This the 31st day of August, 2007.

_____
JOHN CAMPBELL