AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CONSIST SOFTWARE SOLUTIONS INC.

v.

SOFTWARE AG, INC. and SOFTWARE AG

**APPEARANCE**

Case Number: 07 Civ. 07047

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Software AG, Inc. and Software AG

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/10/2007 | *[signature]* |
| Date | Signature |
| | James David Jacobs — JJ 7351 |
| | Print Name — Bar Number |
| | Baker & McKenzie LLP, 1114 Avenue of the Americas |
| | Address |
| | New York — New York — 10036 |
| | City — State — Zip Code |
| | (212) 891-3951 — (212) 310-1651 |
| | Phone Number — Fax Number |