UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSIST SOFTWARE SOLUTIONS, INC. f/k/a CONSIST INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOFTWARE AG, INC. and SOFTWARE AG, <br><br> Defendants. | **MOTION TO ADMIT JOHN BASINGER PRO HAC VICE** <br><br> 07 CV 7047 |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, James David Jacobs, a member in good standing of the bar of this court, hereby move for an Order allowing the admission pro hac vice of

> John A. Basinger
> Baker & McKenzie LLP
> 1114 Avenue of the Americas
> New York, N.Y. 10036
> 212.626.4100 (telephone)
> 212.310.1600 (fax)

WHEREFORE it is respectfully requested that the motion to admit John Basinger, *pro hac vice*, to represent Defendant in the above-captioned matter be granted.

Dated: September 19, 2007
New York, New York

Respectfully submitted,

James David Jacobs
Baker & McKenzie
1114 Avenue of the Americas
New York, N.Y. 10036
212.626.4100 (phone)
212.310.1600 (fax)

NYCDMS/1060103.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSIST SOFTWARE SOLUTIONS, INC. f/k/a CONSIST INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SOFTWARE AG, INC. and SOFTWARE AG,<br><br>Defendants. | **AFFIDAVIT OF JAMES D. JACOBS IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**<br><br>Docket No.: 07 CV 7047 |

James David Jacobs, under penalties of perjury, affirms:

1. I am an attorney at Baker & McKenzie, counsel for SOFTWARE AG, INC. and SOFTWARE AG ("Defendants") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit John Basinger as counsel *pro hac vice* to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1970. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known John Basinger since May 2006.

4. John Basinger is an attorney at Baker & McKenzie, in New York, New York.

5. I have found John Basinger to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of John Basinger, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of John Basinger, *pro hac vice*, which is attached hereto as Exhibit A.

Pursuant to 28 U.S.C. § 1746 I declare under the penalties of perjury the foregoing is true and correct.

Dated: September 19, 2007
New York, New York

Respectfully submitted,

*James David Jacobs*
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, New York 10036
Email: douglas.tween@bakernet.com
Telephone: (212) 626-4100
Fax: (212) 310-1600

Sworn to before me on this
the 19th day of September 2007

NOTARY PUBLIC

ALMA MONTES
**Notary** Public, State of **New York**
No. 31-4867657
**Qualified** in New York County
**Commission** Expires November 10, 20__

# STATE BAR OF TEXAS



Office of the Chief Disciplinary Counsel

September 18, 2007

Re:   John Albert Basinger, State Bar Number 00796173

To Whom It May Concern:

This is to certify that Mr. John Albert Basinger was licensed to practice law in Texas on November 1, 1996, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Mr. Basinger's law license.

Sincerely,

John A. Neal
Chief Disciplinary Counsel

JN/lg



P.O. BOX 12487,  AUSTIN,  TEXAS 78711-2487,  512-453-5535 or 1-877-953-5535



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

John A. Basinger

was on the 3rd day of April, 2006 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 24, 2007.

GARLAND PINKSTON, JR., CLERK

By: Christopher C. D__
Deputy Clerk

**THE
STATE BAR
OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

August 27, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOHN ALBERT BASINGER, #219899 was admitted to the practice of law in this state by the Supreme Court of California on June 3, 2002; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSIST SOFTWARE SOLUTIONS, INC. f/k/a CONSIST INTERNATIONAL, INC.<br><br>Plaintiff,<br><br>against<br><br>SOFTWARE AG, INC. and SOFTWARE AG,<br><br>Defendants. | AFFIDAVIT OF SERVICE<br><br>Docket No.: 07 CV 7047 |

IRAYA I. CORLEY, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and reside in Brooklyn, New York. On September 20, 2007 I mailed the Affidavit Of James D. Jacobs In Support Of Motion To Admit Counsel Pro Hac Vice, Order For Admission Pro Hac Vice On Written Motion and Motion To Admit John Basinger Pro Hac Vice, by mailing the same in a sealed envelope, with postage prepaid thereon, in a official depository of the U.S. Postal Service within the State of New York to the address as indicated below:

Hyman L. Schaffer
Duane Morris LLP
1540 Broadway
New York, NY 10036

Iraya Corley

Sworn to before me this
___ day of September, 2007

Notary Public
ALMA MONTES
Notary Public, State of New York
No. 31-4867657
Qualified in New York County
Commission Expires November 10, 20__

NYCDMS/1060291.1