UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONSIST SOFTWARE SOLUTIONS, INC.
f/k/a CONSIST INTERNATIONAL, INC.,
                  Plaintiff,

v.

SOFTWARE AG, INC. and SOFTWARE AG,
                  Defendants.

ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Docket No.: 07 CV 7047

Upon the motion of James David Jacobs, attorney for SOFTWARE AG, INC. and SOFTWARE AG and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    John Basinger
    Baker & McKenzie
    1114 Avenue of the Americas
    New York, N.Y. 10036
    212.626.4100 (phone) 212.310.1600 (fax)
    john.a.basinger@bakernet.com

is admitted to practice pro hac vice as counsel for SOFTWARE AG, INC. and SOFTWARE AG the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

NYCDMS/1060101.1



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/07

Dated: October 1, 2007
New York, New York:

*[signature]*

_____
United States District/Magistrate Judge