James David Jacobs
BAKER & McKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036-7703
Tel: (212) 626-4100
FAX: (212) 310-1600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSIST SOFTWARE SOLUTIONS, INC. f/k/a CONSIST INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> -against- <br><br> SOFTWARE AG, INC. and SOFTWARE AG, <br><br> Defendants; <br><br> SOFTWARE AG, INC., <br><br> Counter-Plaintiff <br><br> -against- <br><br> CONSIST SOFTWARE SOLUTIONS, INC. f/k/a CONSIST INTERNATIONAL, INC. <br><br> Counter-Defendant | Case No. 07-7047 (CM)(FM) <br><br><br> DEFENDANTS SOFTWARE AG, INC. AND SOFTWARE AG'S NOTICE OF MOTION FOR RECONSIDERATION OF SEPTEMBER 26, 2007 SCHEDULING ORDER |

Defendants Software AG, Inc. ("SAGA") and Software AG ("SAG")(collectively "SOFTWARE AG") move for reconsideration of the Court's Scheduling Order dated September 26, 2007 (the "Order") construing the agreement between SAGA and Consist Software Solutions, Inc. ("Consist") as ambiguous. In its decision of September 27, 2007 this court misapprehended the law of New York state to allow parol evidence (i) to vary provisions

incorporated by law into contract and (ii) create an ambiguity in a written contract. SOFTWARE AG respectfully requests that the Court reconsider its decision, and construe the Agreement as unambiguous in light of New York law incorporated into the Agreement, without reference to extrinsic evidence.

Dated: New York, New York
       October 2, 2007

BAKER & McKENZIE LLP

By: */s James David Jacobs*
    James David Jacobs
    1114 Avenue of the Americas
    New York, New York 10036
    (212) 626-4100

    Attorneys for Defendant/Counter-Plaintiff
    Software AG, Inc. and Defendant Software AG

NYCDMS/1061702.1