UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Consist Software Solutions, Inc.,

       Plaintiff(s),                          07 Civ. 7047 (CM) (FM)

  -against-

Software AG, Inc., et al,                      TRIAL NOTICE

       Defendant(s).

------------------------------------------------------X

    Please take notice that the above captioned action has been scheduled for jury selection and trial before the Honorable Colleen McMahon, United States District Judge, on Wednesday, December 12, 2007 at 9:30 a.m. in Courtroom 21B, U. S. District Court, 500 Pearl Street, New York, New York 10007.

Dated: October 4, 2007
       New York, New York

So Ordered

*/s/ Colleen McMahon*

Colleen McMahon, U.S.D.J

---

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 10/4/07