DUANE MORRIS LLP
Hyman L. Schaffer
Fran M. Jacobs
Brian Damiano
1540 Broadway
New York, New York 10036
(212) 692-1000
*Attorneys for Plaintiff*
*Consist Software Solutions, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CONSIST SOFTWARE SOLUTIONS, INC.,         :
f/k/a CONSIST INTERNATIONAL, INC.,        :
                                          :    07 CV 7047 (CM) (FM)
                    Plaintiff,            :
        -against-                         :
                                          :
SOFTWARE AG, INC. and SOFTWARE AG,        :
                                          :
                    Defendants.           :
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that I caused the foregoing Plaintiff's Reply to Defendants' Counterclaims to be served on all parties of record in this action by regular mail.

This the 15th day of October, 2007.

_____
JOHN H. CAMPBELL