UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

CONSIST SOFTWARE SOLUTIONS, INC., f/k/a CONSIST INTERNATIONAL, INC.

                                Plaintiff,

                                                                                             07 **CIVIL** CV 7047 ( CM ) (FM)

                             -against-

SOFTWARE AG, INC. and SOFTWARE AG

                                Defendant.
------------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Marcella Ballard

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: MB-2953

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: Prokauer Rose LLP

    To: Baker & McKenzie LLP

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* 1114 Avenue of the Americas

☒ *Telephone Number:* (212) 626-4664

☒ *Fax Number:* (212) 310-1643

☒ *E-Mail Address:* marcella.ballard@bakernet.com

Dated: 10/15/07