AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__   DISTRICT OF   __New York__

## APPEARANCE

Case Number: 07 CV 7047 (CM) (FM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Software AG, Inc. and Software AG

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/15/2007 | _[signature]_ |
| Date | Signature |
| | Marcella Ballard — MB-2953 |
| | Print Name — Bar Number |
| | 1114 Avenue of the Americas |
| | Address |
| | New York, NY 10036 |
| | City / State / Zip Code |
| | (212) 626-4100 / (212) 310-1600 |
| | Phone Number / Fax Number |