DUANE MORRIS LLP
Hyman L. Schaffer
Fran M. Jacobs
Brian Damiano
1540 Broadway
New York, New York 10036
(212) 692-1000
*Attorneys for Plaintiff*
*Consist Software Solutions, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CONSIST SOFTWARE SOLUTIONS, INC., :
f/k/a CONSIST INTERNATIONAL, INC., :
                                    :  07 CV 7047 (CM) (FM)
                 Plaintiff,         :
        -against-                   :
                                    :
SOFTWARE AG, INC. and SOFTWARE AG,  :
                                    :
                 Defendants.        :
-----------------------------------------------------------------x

## JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, plaintiff Consist Software Solutions, Inc. f/k/a Consist International, Inc. ("Consist"), by and through its attorneys, Duane Morris LLP, hereby demands a jury trial in the above-captioned matter for all claims so triable.

Dated: New York, New York
       October 16, 2007

                                        DUANE MORRIS LLP

                                        By:    /s Hyman L. Schaffer
                                               Hyman L. Schaffer
                                               Fran M. Jacobs
                                               Brian Damiano
                                        1540 Broadway
                                        New York, New York 10036
                                        (212) 692-1000
                                        *Attorneys for Plaintiff*
                                        *Consist Software Solutions, Inc.*