DUANE MORRIS LLP
Hyman L. Schaffer
Fran M. Jacobs
Brian Damiano
1540 Broadway
New York, New York 10036
(212) 692-1000
*Attorneys for Plaintiff*
*Consist Software Solutions, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CONSIST SOFTWARE SOLUTIONS, INC.,      :
f/k/a CONSIST INTERNATIONAL, INC.,     :
                                       :   07 CV 7047 (CM) (FM)
                    Plaintiff,         :
        -against-                      :
                                       :
SOFTWARE AG, INC. and SOFTWARE AG,     :
                                       :
                    Defendants.        :
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that I caused the foregoing Jury Demand to be served on all parties of record in this action by ECF on this 16th day of October, 2007.

*/s/ John Campbell*
JOHN H. CAMPBELL