AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |
|---|---|---|

## APPEARANCE

Case Number:   07 CV 7047 (CM) (FM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Software AG, Inc. and Software AG

I certify that I am admitted to practice in this court.

| 10/15/2007 | |
|---|---|
| Date | Signature |

| Frank M. Gasparo | FG-2958 |
|---|---|
| Print Name | Bar Number |

| 1114 Avenue of the Americas | | |
|---|---|---|
| Address | | |

| New York | NY | 10036 |
|---|---|---|
| City | State | Zip Code |

| (212) 626-4100 | (212) 310-1600 |
|---|---|
| Phone Number | Fax Number |