James David Jacobs
Frank M. Gasparo
Marcella Ballard
John A. Basinger*
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, NY 10036
*admitted pro hac vice

Attorneys for Defendants
Software AG, Inc. and Software AG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSIST SOFTWARE SOLUTIONS, INC. f/k/a CONSIST INTERNATIONAL, INC., <br><br>                    Plaintiff, <br><br> -against- <br><br> SOFTWARE AG, INC. and SOFTWARE AG, <br><br>                    Defendants. | Case No. 07-cv-7047 (CM)(FM) <br><br><br><br><br> DEFENDANTS SOFTWARE AG, INC. AND SOFTWARE AG'S OBJECTIONS TO PLAINTIFF'S EXHIBITS |

Defendants Software AG, Inc. and Software AG object to Plaintiff's Exhibits as follows:

| Ex. # | Description | Date | Objection |
|---|---|---|---|
| PX 1 | Distributorship Agreement - January 1, 1998 | 1/1/1998 | |
| PX 2 | Signed Distributorship Agreement - February, 1995 | 2/28/1995 | |
| PX 3 | Letter from K. Streibich to N. Fridman, RE: Distributorship Agreement | 3/30/2006 | |
| PX 4 | Letter from H. Mayo to N. Fridman, RE: Consist-Software AG Distributorship Agreement Notice of Termination | 4/6/2006 | |
| PX 5 | Email from K. Streibich to N. Fridman, RE: Cooperation Agreement | 7/4/2006 | |

| Ex. # | Description | Date | Objection |
|---|---|---|---|
| PX 6 | Letter from H. Schaffer to Software AG, RE: January 1, 1998 Agreement | 7/28/2006 | |
| PX 7 | Letter from H. Schaffer to Software AG | 8/11/2006 | |
| PX 8 | Letter from P. Church to H. Schaffer | 8/16/2006 | |
| PX 9 | Letter from H. Schaffer to P. Church | 9/11/2006 | |
| PX 10 | SAG Report 1/23/07 | 1/23/2007 | |
| PX 11 | Email from T. Williams to N. Fridman, RE: Attunity | 1/10/2002 | |
| PX 12 | SAG Web page – Press Release: Software AG expands in high-growth Latin America | 5/19/2006 | |
| PX 13 | SAG Web pages from various South American countries | N/A | |
| PX 14 | SAG Web page | N/A | |
| PX 15 | Email from N. Fridman to K. Streibich, RE: It was a pleasure to meet with you last week | 5/31/2007 | |
| PX 16 | Email from K. Streibich to N. Fridman, RE: your mail | 6/5/2007 | |
| PX 17 | Article from Que Pasa News: "Lagos condemns 'lies' from Chilean newspaper" | 9/21/2005 | |
| PX 18 | Distributorship Agreement - January, 1995 | 1/1/1995 | |
| PX 19 | Letter from H. Schaffer to J. Jacobs - rejecting letters purported to be default notices on the grounds they were not properly served | 11/2/2007 | |
| PX 20 | Email from L. Kibblewhite to N. Fridman, RE: Third Party Obligations on Software AG Products | 4/14/2003 | |
| PX 21 | Email from L. Kibblewhite to N. Fridman, G. Fandino, RE: Updated "Special Products" List | 8/3/2004 | |
| PX 22 | Email from L. Kibblewhite to N. Fridman, RE: Upcoming product releases w/ third party obligations | 11/1/2005 | |
| PX 23 | Letter from L. Kibblewhite to N. | 4/18/2005 | |

NYCDMS/1068897. 1

| Ex. # | Description | Date | Objection |
|---|---|---|---|
|  | Fridman, enclosing Updated "Special Products" List |  |  |
| PX 24 | Email from L. Kibblewhite to N. Fridman, enclosing updated "Special Products" List | 4/19/2005 |  |
| PX 25 | Letter from K. Butler to N. Fridman, enclosing documents that refer to annex B of the Distributorship Agreement | 8/17/2006 |  |
| PX 26 | Letter from L. Kibblewhite to N. Fridman, enclosing Updated "Special Products" List | 3/26/2007 |  |
| PX 27 | Letter from C. Barrios to N. Fridman, enclosing sub-distribution contract | 9/6/2005 |  |
| PX 28 | Email from K. Streibich to N. Fridman, RE: Our Partnership | 8/22/2006 |  |
| PX 29 | Letter from N. Fridman to K. Streibich, RE: analysis of royalty payments, suggestion of new Agreement | 9/30/2005 |  |
| PX 30 | Email exchange between K. Streibich and N. Fridman, RE: SAG's offer to buy Consist | 5/24/2006 |  |
| PX 31 | Letter from P. Schnell to N. Fridman asking for '91 Customer List and '92 Quarterly Reports | 7/13/1992 |  |
| PX 32 | Letter from P. Kuperman to N. Fridman, RE: Quarterly Reports | 3/21/1994 |  |
| PX 33 | Letter from P. Kuperman to N. Fridman, enclosing summary of "our meeting of last week" | 7/5/1994 |  |
| PX 34 | FAX from P. McMullen to N. Fridman RE: Install Reports | 7/12/1994 |  |
| PX 35 | FAX from J. Gerencser to N. Fridman, RE: Missing Reports | 7/25/1994 |  |
| PX 36 | FAX from P. Kuperman to N. Fridman, RE: Notice of Termination of Distributorship Agreements | 9/2/1994 |  |
| PX 37 | Letter from N. Fridman to M. King, RE: "let us know of any information still | 9/5/1994 |  |

3

| Ex. # | Description | Date | Objection |
|---|---|---|---|
| | outstanding" | | |
| PX 38 | Letter from M. King to N. Fridman, RE: Extension of Distributorship Agreement through January 31, 1995 | 12/21/1994 | |
| PX 39 | Document Production JHS 0001 - 0117 | Various | |
| PX 40 | Letter from J. Daly to N. Fridman, enclosing proposal for new Consist Distributorship Agreement | 8/4/1997 | |
| PX 41 | FAX from J. Daly to N. Fridman, explaining some points contained the attached Distributorship Agreement | 8/21/1997 | |
| PX 42 | Letter from J. Daly to N. Fridman, enclosing two original Distributorship Agreements - "Please sign both originals" | 9/9/1997 | |
| PX 43 | Letter from J. Daly to N. Fridman, enclosing payment schedule | 9/9/1997 | |
| PX 44 | Letter from J. Daly to N. Fridman, RE: Distributorship Agreement - Annex A | 9/18/1997 | |
| PX 45 | Distributorship Agreement - January, 1998 | 1/1/1998 | |
| PX 46 | Distributorship Agreement - January, 1998 | 1/1/1998 | |
| PX 47 | FAX from N. Fridman to J. Schafrann enclosing OEM Agreement (bates stamped JHS 118-126 | 6/25/2002 | |
| PX 48 | SAG SEC Filing of September, 1997 | 9/26/1997 | |
| PX 49 | Letter from A. Berkowitz to J. Toole RE: the outstanding amount of $75,000 | 2/19/1993 | |
| PX 50 | Letter from A. Berkowitz to R. Swaim, RE: Report for 95Q3 and Q4 | 2/13/1996 | |
| PX 51 | Chart of software products sold by country - 2005 | 2005 | |
| PX 52 | Chart of software products sold by country - 2006 | 2006 | |
| PX 53 | Chart of software products sold by country - 2007 | 2007 | |
| PX 54 | FAX from P. Kuperman to P. Schnell RE: | 5/7/1991 | Hearsay, Relevance |

4

| Ex. # | Description | Date | Objection |
|---|---|---|---|
|  | Brazil |  |  |
| PX 55 | FAX from P. Kuperman to P. Schnell RE: Consist, Brazil | 8/30/1991 | Hearsay, Relevance |
| PX 56 | Draft Distributorship Agreement | 9/1991 | Hearsay, Relevance |
| PX 57 | FAX from P. Kuperman to P. Schnell RE: changes to draft of Distributorship Agreement | 9/12/1991 | Hearsay, Relevance |
| PX 58 | FAX from P. Kuperman to P. Schnell RE: comments on Distributorship Agreement | 11/15/1991 | Hearsay, Relevance |
| PX 59 | Letter from P. Schnell to N. Fridman Enclosing "the result of our discussions about the distributorship in the form of a new distributor agreement" | 11/18/1991 |  |
| PX 60 | FAX from P. Schnell to P. Kuperman RE: "the result of our discussions about the distributorship in the form of a new distributor agreement" | 11/18/1991 | Hearsay, Relevance |
| PX 61 | CONSIST Worldwide Customer List | 2/11/1992 | Hearsay, Relevance |
| PX 62 | Letter from N. Fridman to M. King RE: "there are no grounds for termination" | 9/5/1994 |  |
| PX 63 | Letter from M. King to N. Fridman RE: "analysis showing missing or incomplete information" | 9/7/1994 |  |
| PX 64 | Letter from King to N. Fridman enclosing memo from Kuperman reflecting "what we agreed upon during our meeting" | 12/1/1994 |  |
| PX 65 | Draft Distributorship Agreement with cover letter from Phillipe to N. Fridman | 12/12/1994 |  |
| PX 66 | FAX from N. Fridman to J. Daly of Distributorship Agreement dated January 1995 | 1/19/1995 |  |
| PX 67 | Draft Distributorship Agreement with handwritten notes and cover letter from P. Kuperman to N. Fridman | 1/1/1995 | Hearsay, Relevance |
| PX 68 | Letter from M. King to N. Fridman RE: Amendment to Distributorship Agreement | 2/1/1995 |  |
| PX 69 | Draft Distributorship Agreement | 2/7/1995 | Hearsay, Relevance |

5

| Ex. # | Description | Date | Objection |
|---|---|---|---|
| PX 70 | Letter from M. King to N. Fridman enclosing Revised Agreement | 2/16/1995 | Hearsay, Relevance (only last page - SAG 004879) |
| PX 71 | Letter from M. King to N. Fridman RE: Payments Made in 1995 | 2/24/1995 | Hearsay, Relevance |
| PX 72 | Letter from J. Daly to N. Fridman enclosing New Distributorship Agreement | 2/24/1995 | Hearsay, Relevance |
| PX 73 | Notes to Changes/Additions to Distributorship Agreement | 1995 | Hearsay, Relevance, Authentication |
| PX 74 | FAX from M. King to N. Fridman RE: Amendment to Distributorship Agreement | 2/1/1995 | |
| PX 75 | Letter from D. Riddick to Whom It May Concern in Uruguay RE: "In the event CONSIST is unable to provide you with the necessary technical support, SAG stands ready to provide it" | 2/27/1997 | Hearsay, Relevance |
| PX 76 | Letters from J. Daly to be distributed to customers in South America "Dear Affiliate Country Manager…Announcing the new ownership structure of SAG Americas" | 4/1/1997 | Hearsay, Relevance |
| PX 77 | Letter from SAG to Whom It May Concern in Argentina, Uruguay, and Chile: "In the event CONSIST is unable to provide you with the necessary technical support, SAG stands ready to provide it" | 6/24/1997 | Hearsay, Relevance |
| PX 78 | Letter from J. Daly to N. Fridman Attaching Proposal for New Consist Distributorship Agreement | 8/4/1997 | |
| PX 79 | Letter from N. Rothberg to N. Fridman RE: "replacing the remaining Tax Receipts with Cash Payments over the next two years" | 8/12/1997 | |
| PX 80 | FAX from J. Daly to N. Fridman attaching Distributorship Agreement | 8/21/1997 | |
| PX 81 | Letter from J. Lucca to N. Fridman RE: New Royalty Payment Schedule | 12/21/1998 | Hearsay, Relevance |
| PX 82 | Email from L. Kibblewhite RE: "the possibility of Consist purchasing SAGA's | None | Hearsay, Relevance |

6

| Ex. # | Description | Date | Objection |
|---|---|---|---|
| | Electronic Documentation on CD" | | |
| PX 83 | PowerPoint Slide RE: SAGA "Objectives: Sell SAGA's products to current affiliates (excluding Consist)" | None | Hearsay, Relevance |
| PX 84 | Letter from J. Lucca to N. Fridman RE: ISG product line | 2/17/2000 | Hearsay, Relevance |
| PX 85 | Email from P. Marx to T. Williams RE: SAGA/ISG | 7/6/2000 | Hearsay, Relevance |
| PX 86 | Email from L. Kibblewhite to N. Fridman RE: "confirmation of distribution numbers involving the Verity product with SAGA's electronic documentation" | 1/4/2001 | Hearsay, Relevance |
| PX 87 | Email from O. Blanco-alcala to L. Kibblewhite RE: Electronic CD and Consist | 1/24/2001 | Hearsay, Relevance |
| PX 88 | Letter from K. Butler to Whom It May Concern confirming that SAG has "an exclusive right in Argentina, Bolivia, Brazil, Chile, Paraguay, Peru and Uruguay to distribute and service SAG product lines" | 8/19/2004 | Hearsay, Relevance |
| PX 89 | Letter from H. Mayo to N. Fridman RE: Annual Royalty for Distributorship Agreement | 4/18/2005 | Hearsay, Relevance |
| PX 90 | Chart: Exceptions to Product Distribution for Latin American Affiliates | 10/25/2005 | |
| PX 91 | Email from L. Kibblewhite to G. Fandino et al. RE: Online Webshop: restricted number of countries | 11/3/2005 | Hearsay, Relevance |
| PX 92 | Product List | 9/14/2007 | Hearsay, Relevance |
| PX 93 | Press Release: Software AG expands in high-growth Latin America | 5/19/2006 | Hearsay, Relevance, Authentication |
| PX 94 | Email from K. Streibich to N. Fridman enclosing SAG Position Paper RE: Brazil Future | 4/19/2007 | Hearsay, Relevance, Authentication |
| PX 95 | FAX from P. Kuperman to P. Schnell, RE: Requests for changes in Distributorship Agreement | 9/12/1991 | Hearsay, Relevance |

7

| Ex. # | Description | Date | Objection |
|---|---|---|---|
| PX 96 | FAX from T. Williams to N. Fridman, RE: paragraph 5, clause 11 of the contract dated 9 September 1997 | 8/10/2000 | |
| PX 97 | Trend Analysis for Business Operations in Latin America - *Lagniappe Quarterly Monitor* | 1/31/1997 | Hearsay, Relevance, Authentication |
| PX 98 | "The New Brazil, Investing Successfully in Latin America's largest economy" – *Latin Trade* | 12/1996 | Hearsay, Relevance, Authentication |
| PX 99 | Memorandum from P. Kuperman to P. Schnell, RE: "some recommendations as to how we could stir our relationship with PACS" | 9/30/1992 | Hearsay, Relevance, Authentication |
| PX 100 | SAG 2007 Third Quarter Financial Report | 2007 | Hearsay, Relevance, Authentication |
| PX 101 | Consist Territory Analysis | 1/1993 | Hearsay, Relevance, Authentication |
| PX 102 | Draft Distributorship Agreement | 2/2/1975 | Hearsay, Relevance |
| PX 103 | Distributorship Agreement | 9/16/1991 | Hearsay, Relevance |
| PX 104 | Distributorship Agreement | 9/16/1991 | Hearsay, Relevance |
| PX 105 | Distributorship Agreement | 7/1/1980 | Hearsay, Relevance |
| PX 106 | Distributorship Agreement | 7/1/1980 | Hearsay, Relevance |
| PX 107 | Distributorship Agreement | 2/10/1975 | Hearsay, Relevance |
| PX 108 | Distributorship Agreement | 2/10/1975 | Hearsay, Relevance |
| PX 109 | Distributorship Agreement | 1975 | Hearsay, Relevance |
| PX 110 | Amendment to Distributorship Agreement | 7/22/1976 | Hearsay, Relevance |
| PX 111 | Distributorship Agreement | 2/10/1975 | Hearsay, Relevance |
| PX 112 | Distributorship Agreement | 1975 | Hearsay, Relevance |
| PX 113 | Distributorship Agreement | 7/1/1980 | Hearsay, Relevance |
| PX 114 | Distributorship Agreement | 7/1/1980 | Hearsay, Relevance |
| PX 115 | Distributorship Agreement | 12/12/1984 | Hearsay, Relevance |
| PX 116 | Charts Excerpted from *Digital Planet 2006* | 2006 | Hearsay, Relevance, Authentication |
| PX 117 | Email from K. Streibich to N. Fridman, RE: Software AG position paper Brasil | 4/19/2007 | |

8

| Ex. # | Description | Date | Objection |
|---|---|---|---|
|  | future – personal and confidential |  |  |
| PX 118 | Letter to N. Fridman from Software AG | None |  |
| PX 119 | Consist "Executive Visit" | 5/20/2005 |  |
| PX 120 | Consist Territory Analysis | 1/1993 |  |
| PX 121 | Excerpts from *Digital Planet 2006* | 5/2006 |  |
| PX 122 | Email from C. Barrios to N. Fridman RE: Our partnership | 4/11/2006 |  |
| PX 123 | Letter from T. Williams to N. Fridman | 8/10/2000 |  |
| PX 124 | Letter from J. Jacobs to H. Schaffer | 10/9/2007 |  |
| PX 125 | Letter from J. Jacobs to H. Schaffer | 10/10/2007 |  |
| PX 126 | Exceptions to Product Distribution for Latin American Affiliates | 10/25/2005 |  |
| PX 127 | Email from C. Barrios to N. Fridman, RE: Special Products | 5/11/2006 |  |
| PX 128 | Email from K. Streibich to N. Fridman, RE: Text for email | 7/19/2006 |  |
| PX 129 | Letter from J. Jacobs to H. Schaffer, RE: Consist v. Software AG | 11/6/2007 |  |
| PX 130 | Email from S. Smith to N. Fridman, RE: Urgent request (from Consist) | 10/31/2007 |  |
| PX 131 | *Digital Planet 2006* Excerpts | 2006 |  |
| PX 132 | Email from B. Damiano to J. Jacobs re: Special Products List | 11/20/2007 | Hearsay, Relevance, Authentication |
| PX 133 | Consist Argentina Website | 2007 | Hearsay, Relevance, Authentication |
| PX 134 | Consist Bolivia Website | 2007 | Hearsay, Relevance, Authentication |
| PX 135 | Consist Brazil Website | 2007 | Hearsay, Relevance, Authentication |
| PX 136 | Consist Chile Website | 2007 | Hearsay, Relevance, Authentication |
| PX 137 | Consist Paraguay Website | 2007 | Hearsay, Relevance, Authentication |
| PX 138 | Consist Peru Website | 2007 | Hearsay, Relevance, Authentication |

9

| Ex. # | Description | Date | Objection |
|---|---|---|---|
| PX 139 | Consist Uruguay Website | 2007 | Hearsay, Relevance, Authentication |
| PX 140 | Consist Marketing Materials re: Exclusive Territory | N/A | Hearsay, Relevance, Authentication |
| PX 141 | Consist Marketing Materials re: Exclusive Territory | N/A | Hearsay, Relevance, Authentication |
| PX 142 | Consist Marketing Materials re: Exclusive Territory | N/A | Hearsay, Relevance, Authentication |
| PX 143 | Consist Marketing Materials re: Exclusive Territory | N/A | Hearsay, Relevance, Authentication |
| PX 144 | Consist Marketing Materials re: Exclusive Territory | N/A | Hearsay, Relevance, Authentication |
| PX 145 | Consist Marketing Materials re: Exclusive Territory | N/A | Hearsay, Relevance, Authentication |
| PX 146 | Consist Marketing Materials re: Exclusive Territory | N/A | Hearsay, Relevance, Authentication |
| PX 147 | Consist Marketing Materials re: Exclusive Territory | N/A | Hearsay, Relevance, Authentication |
| PX 148 | Consist Marketing Materials re: Exclusive Territory | N/A | Hearsay, Relevance, Authentication |
| PX 149 | Consist Marketing Materials re: Exclusive Territory | N/A | Hearsay, Relevance, Authentication |
| PX 150 | Consist Marketing Materials re: Exclusive Territory | N/A | Hearsay, Relevance, Authentication |
| PX 151 | Consist Marketing Materials re: Exclusive Territory | N/A | Hearsay, Relevance, Authentication |
| PX 152 | Consist Marketing Materials re: Exclusive Territory | N/A | Hearsay, Relevance, Authentication |
| PX 153 | Consist Marketing Materials re: Exclusive Territory | N/A | Hearsay, Relevance, Authentication |
| PX 154 | Consist Marketing Materials re: Exclusive Territory | N/A | Hearsay, Relevance, Authentication |
| PX 155 | Consist Marketing Materials re: Exclusive Territory | N/A | Hearsay, Relevance, Authentication |
| PX 156 | Consist Marketing Materials re: Exclusive Territory | N/A | Hearsay, Relevance, Authentication |

| Ex. # | Description | Date | Objection |
|---|---|---|---|
| PX 157 | Consist Marketing Materials re: Exclusive Territory | N/A | Hearsay, Relevance, Authentication |
| PX 158 | Consist Marketing Materials re: Exclusive Territory | N/A | Hearsay, Relevance, Authentication |
| PX 159 | Consist Marketing Materials re: Exclusive Territory | N/A | Hearsay, Relevance, Authentication |
| PX 160 | Consist Marketing Materials re: Exclusive Territory | N/A | Hearsay, Relevance, Authentication |
| PX 161 | Consist Marketing Materials re: Exclusive Territory | N/A | Hearsay, Relevance, Authentication |
| PX 162 | Consist Marketing Materials re: Exclusive Territory | N/A | Hearsay, Relevance, Authentication |

Dated: New York, New York
December 3, 2007

BAKER & McKENZIE LLP

By: ___/s *James David Jacobs*___
    James David Jacobs
    Frank M. Gasparo
    Marcella Ballard
    John A. Basinger*
    1114 Avenue of the Americas
    New York, New York 10036
    (212) 626-4100
**Admitted pro hac vice*

    Attorneys for Defendants
    Software AG, Inc. and Software AG

11