DUANE MORRIS LLP
Hyman L. Schaffer
Fran M. Jacobs
Brian Damiano
1540 Broadway
New York, New York 10036
(212) 692-1000
*Attorneys for Plaintiff Consist Software Solutions, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CONSIST SOFTWARE SOLUTIONS, INC.,            :
f/k/a CONSIST INTERNATIONAL, INC.,           :
                                             :  07 CV 7047 (CM) (FM)
                    Plaintiff,               :
        -against-                            :
                                             :
SOFTWARE AG, INC. and SOFTWARE AG,           :
                    Defendants.              :
------------------------------------------------------------------x

**Plaintiff Consist Software Solutions, Inc. f/k/a Consist International. Inc.'s
Objections To Defendant Software Ag Inc. and Software Ag's Proposed Exhibit List**

| DX# | Date | Description | Dep. Ex # | PX# | ID | Adm | Objections | Bates # |
|---|---|---|---|---|---|---|---|---|
| 1. | 8/10/07 | Natalio S. Fridman's Declaration and all exhibits | Ex. 1-4 | | | | Relevance, Multiple documents, Overinclusive, Authenticity. | |
| 2. | 11/2/07 | Hyman Schaffer letter to James D. Jacobs | Ex. 5 | 19 | | | | |
| 3. | 4/14/03 | Email from Linda Kibblewhite to Natalio S. Fridman | Ex. 6 | 20 | | | | |
| 4. | 8/3/04 | Email from Linda Kibblewhite to Natalio S. Fridman | Ex. 7 | 21 | | | | SAG2 001622-1624 |
| 5. | 11/1/05 | Email from Linda Kibblewhite to Natalio S. Fridman | Ex. 8 | 22 | | | | |
| 6. | 4/18/05 | Letter from Linda Kibblewhite to Natalio S. Fridman | Ex. 9 | 23 | | | | SAG 013464-013467 |
| 7. | 4/19/05 | Email from Linda Kibblewhite to Natalio S. Fridman | Ex. 10 | 24 | | | | SAG 013468-013473 |
| 8. | 8/17/06 | Letter from Katherine Butler to Natalio S. Fridman | Ex. 11 | 25 | | | | SAG 002054-002057 |
| 9. | 3/26/07 | Letter from Linda Kibblewhite to Natalio S. Fridman | Ex. 12 | 26 | | | | SAG 013422-13432 |
| 10. | 11/2/07 | Letter from Hyman L. Schaffer to Judge Colleen McMahon | Ex. 13 | | | | Relevance. | |
| 11. | 9/6/05 | Letter from Christian Barrios Marchant to Natalio S. Fridman | Ex. 14 | 27 | | | | SAG 013446-13456 |
| 12. | 8/22/06 | Email from Karl-Heinz Streibich to Natalio S. Fridman | Ex. 15 | 28 | | | Authenticity. | CSS 000231-232 |
| 13. | 9/30/05 | Letter from Natalio S. Fridman to Karl-Heinz Streibich | Ex. 16 | 29 | | | | CSS 000208 |

| DX# | Date | Description | Dep. Ex # | PX# | ID | Adm | Objections | Bates # |
|---|---|---|---|---|---|---|---|---|
| 14. | 5/24/06 | Email from Karl-Heinz Streibich to Natalio S. Fridman | Ex. 17 | | | | Authenticity. | CSS 000259 |
| 15. | 7/13/92 | Letter from Philippe Kuperman to Natalio S. Fridman | Ex. 18 | 31 | | | Relevance, Authenticity, Cumulative evidence. | SAG 013797-013809 |
| 16. | 3/21/94 | Letter from Philippe Kuperman to Natalio S. Fridman | Ex. 19 | 32 | | | Relevance, Cumulative evidence. | SAG 000785-0786 |
| 17. | 7/5/94 | Letter from Philippe Kuperman to Natalio S. Fridman | Ex. 20 | 33 | | | Relevance (as to failure to report under prior agreement) | SAG 003344-003347 |
| 18. | 7/12/94 | Letter from Phillip McMullen to Natalio S. Fridman | Ex. 21 | 34 | | | Relevance, Cumulative evidence. | SAG 002590 |
| 19. | 7/25/94 | Letter from John Gerencser to Natalio S. Fridman | Ex. 22 | 35 | | | Relevance, Cumulative evidence. | SAG 002599-002600 |
| 20. | 9/2/94 | Letter from Mike King to Natalio S. Fridman | Ex. 23 | 36 | | | | SAG 003401-003404 |
| 21. | 9/5/94 | Letter from Natalio S. Fridman | Ex. 24 | 37 | | | | CSS 000170 |
| 22. | 12/21/94 | Letter from Mike King to Natalio S. Fridman | Ex. 25 | 38 | | | | |
| 23. | | Notice of Deposition of Jay Schafrann | Ex. 26 | | | | Relevance. | |
| 24. | 11/2/07 | Subpoena to Jay Schafrann | Ex. 27 | | | | Relevance. | |
| 25. | 9/30/05 | Letter from Natalio S. Fridman to Karl-Heinz Streibich | Ex. 28 | | | | Relevance, Multiple documents, Authenticity, Possible duplicate of DX 13. | JHS 0001-126 |
| 26. | 8/4/97 | Faxed letter to Natalio S. Fridman from James H. Daly with enclosure | Ex. 29 | 40 | | | | SAG 003788-003792 |

3

| DX# | Date | Description | Dep. Ex # | PX# | ID | Adm | Objections | Bates # |
|---|---|---|---|---|---|---|---|---|
| 27. | 8/21/97 | Fax from James H. Daly to Natalio S. Fridman with enclosure | Ex. 30 | 41 | | | | CSS 000053-000065 |
| 28. | 9/9/97 | Letter from James H. Daly to Natalio S. Fridman with Distributorship Agreement | Ex. 31 | 42 | | | Authenticity (missing attachments) | CSS 000082 |
| 29. | 9/9/07 | Letter from James H. Daly to Natalio S. Fridman | Ex. 32 | 43 | | | | CSS 000080 |
| 30. | 9/18/97 | Fax from James Daly to Natalio S. Fridman | Ex. 33 | 44 | | | Authenticity (incomplete) | CSS 000092 |
| 31. | | Distributorship Agreement | Ex. 34 | 45 | | | Authenticity (incomplete) | CSS 000104 |
| 32. | | Distributorship Agreement | Ex. 35 | 46 | | | Authenticity (incomplete) | CSS 000096 |
| 33. | 6/25/02 | Fax from Jay Schafrann to Natalio S. Fridman | Ex. 36 | 47 | | | | |
| 34. | | Form S-1 Registration Statement | Ex. 37 | 48 | | | | |
| 35. | 11/14/07 | Consist Organizational Chart | Ex. 38 | | | | Relevance. | |
| 36. | 2/19/93 | Letter from Anthony Berkowitz to Jeffrey Toole | Ex. 39 | 49 | | | Relevance, Authenticity. | SAG 00009492 |
| 37. | 2/14/94, 8/10/95, 2/13/96 | Quarterly Reports | Ex. 40 | 50 | | | Relevance, Cumulative evidence. | SAG 00009477 |
| 38. | | Defendants' Software AG, Inc. and Software AG's Expert Report of David A. MacSwain and Exhibits A-H | Ex. 41 | | | | Relevance, Foundation, Unqualified expert opinion. | |
| 39. | 2005 | Sales of Special Products by Country | Ex. 42 | 51 | | | Relevance. | |
| 40. | 2006 | Sales of Special Products by Country | Ex. 43 | 52 | | | Relevance. | |
| 41. | 2007 | Sales of Special Products by Country | Ex. 44 | 53 | | | Relevance. | |
| 42. | | Notice of Deposition of Software AG, Inc. and Software AG pursuant to Rule 30(b)(6) | Ex. 45 | | | | Relevance. | |

4

| DX# | Date | Description | Dep. Ex # | PX# | ID | Adm | Objections | Bates # |
|---|---|---|---|---|---|---|---|---|
| 43. | 4/19/07 | Email from Karl-Heinz Streibich to Natalio S. Fridman | Ex. 46 | 117 | | | | CSS 022430-022432 |
| 44. | | Letter to Natalio S. Fridman, undated | Ex. 47 | 118 | | | | SAG 000652-000653 |
| 45. | 5/20/05 | Consist presentation | Ex. 48 | 119 | | | | SAG 000001-000016 |
| 46. | | Handwritten notes and publication printouts | Ex. 49 | 120 | | | | SAG 014491-014494 |
| 47. | 05/06 | Digital Planet 2006 The Global Information Economy published by WITSA | Ex. 50 | 121 | | | | CSS 0022439-0022440 |
| 48. | 4/11/06 | Email to vpe@consist.com from Natalio S. Fridman | Ex. 51 | 122 | | | | |
| 49. | 3/30/06 | Letter to Natalio S. Fridman from Karl-Heinz Streibich and Arndt Zinnhardt | Ex. 52 | 3 | | | | CSS 010790 |
| 50. | 4/6/06 | Letter to Natalio S. Fridman from Haskell Mayo | Ex. 53 | 4 | | | | CSS 010791 |
| 51. | 7/4/06 | Email to Natalio S. Fridman from Karl-Heinz Streibich | Ex. 54 | 5 | | | | CSS 010792 |
| 52. | 8/16/06 | Letter to Hyman L. Schaffer from Pamela Church | Ex. 55 | 8 | | | | CSS 010797 |
| 53. | 8/10/00 | Fax to Natalio S. Fridman from Trevor Williams | Ex. 56 | 123 | | | | SAG 013434 |
| 54. | 1/10/02 | Email to Natalio S. Fridman from Trevor Williams | Ex. 57 | 11 | | | | |
| 55. | 10/9/08 | Letter to Hyman L. Schaffer from James D. Jacobs [sic] | Ex. 58 | 124 | | | | |
| 56. | 10/10/08 | Letter to Hyman L. Schaffer from James D. Jacobs [sic] | Ex. 59 | 125 | | | | |
| 57. | 10/25/05 | Table entitled "Exceptions to Product Distribution for Latin American Affiliates" | Ex. 60 | 126 | | | Relevance. | SAG 000524-000526 |

5

| DX# | Date | Description | Dep. Ex # | PX# | ID | Adm | Objections | Bates # |
|---|---|---|---|---|---|---|---|---|
| 58. | 5/11/06 | Email to Christian Barrios Marchant from Natalio S. Fridman | Ex. 61 | 127 | | | Relevance. | |
| 59. | 7/6/07 | Email exchange between Natalio S. Fridman and Karl-Heinz Streibich | Ex. 62 | 128 | | | | CSS 022438 |
| 60. | 11/06/07 | Letter to Hyman L. Schaffer from James D. Jacobs | Ex. 63 | 129 | | | | |
| 61. | 10/29-10/31/07 | Email exchange between Linda Kibblewhite, Natalio S. Fridman and Stanford Smith | Ex. 64 | 130 | | | | |
| 62. | 6/28/07 | Gartner Dataquest: Market Share: Portal, Process and Middleware Software, Worldwide, 2004-2006 | | | | | | SAG 014937-014988 |
| 63. | | Financial Reports | | | | | Relevance. | SAG 014902-014936 |
| 64. | 11/18/91 | Letter from Peter Schnell to Natalio S. Fridman | | 59, 60 | | | Document first produced after exhibit lists exchanged, Prejudice, Authenticity. | SAG 014989-014990 |
| 65. | 10/16/92 | Fax to Phillip McMullen from Pablo Kippersmit | | | | | Relevance, Cumulative evidence. | SAG 002570-002571 |
| 66. | 12/30/92 | Fax to John Gerencser from Pablo Kippersmit | | | | | Relevance, Cumulative evidence. | SAG 002572 |
| 67. | 7/13/92 | Letter to Philippe Kuperman from Natalio S. Fridman with enclosure | | 31 | | | Relevance, Duplicate (see DX 15), Cumulative evidence. | SAG 013797-013809 |
| 68. | 02/94 | Summary-Consist and Software AG | | | | | Relevance, Cumulative evidence. | SAG 003668-03683 |

6

| DX# | Date | Description | Dep. Ex # | PX# | ID | Adm | Objections | Bates # |
|---|---|---|---|---|---|---|---|---|
| 69. | 3/9/94 | Fax to Pablo Kippersmit from Ursula Kappert | | | | | Document first produced after exhibit list exchanged, Prejudice, Relevance, Cumulative evidence. | SAG 014991-014992 |
| 70. | 3/21/94 | Fax to Natalio S. Fridman from Philippe Kuperman with enclosure | | 32 | | | Duplicate (see DX 16), Relevance, Cumulative evidence. | SAG 000785-000786 |
| 71. | 7/5/94 | Fax to Natalio S. Fridman from Philippe Kuperman | | 33 | | | Duplicate (see DX 17). | SAG 003344-003347 |
| 72. | 7/12/94 | Fax to Natalio S. Fridman from Philip McMullen | | 34 | | | Duplicate (see DX 18), Relevance, Cumulative evidence. | SAG 002590 |
| 73. | 7/25/94 | Fax to Natalio S. Fridman from John Gerenscer | | 35 | | | Duplicate (see DX 19) Relevance, Cumulative evidence. | SAG 002599-002600 |
| 74. | 9/2/94 | Faxed letter to Natalio S. Fridman from Philippe Kuperman and attached letter to Natalio S. Fridman from Michael King | | 36 | | | Duplicate (see DX 20), Multiple documents, Authenticity. | SAG 003401-003404 CSS 000148 |
| 75. | 9/5/94 | Faxed letter to Michael King from Natalio S. Fridman | | | | | | SAG 00009413-00009414 |
| 76. | 9/7/94 | Letter to Natalio S. Fridman from Michael King with enclosure | | | | | | SAG 003407-003410 |

7

| DX# | Date | Description | Dep. Ex # | PX# | ID | Adm | Objections | Bates # |
|---|---|---|---|---|---|---|---|---|
| 77. | 11/15/94 | Memo to Tony Berkowitz from Phillip McMullen with enclosure | | | | | Document first produced after exhibit lists exchanged, Prejudice, Relevance, Cumulative evidence. | SAG 014993-014996 |
| 78. | 11/6/94 | Faxed letter to Natalio S. Fridman from Michael King | | | | | Relevance, Authenticity. | SAG 002983-002985 |
| 79. | 12/1/94 | Faxed letter and memo to Natalio S. Fridman from Michael King | | 64 | | | | SAG 002659-002661 |
| 80. | 12/12/94 | Letter to Natalio S. Fridman from Philippe Kuperman with enclosure | | 65 | | | | SAG 002667-002699 |
| 81. | 12/21/94 | Faxed letter to Natalio S. Fridman from Michael King | | | | | Duplicate (see DX 22). | SAG 00009208-0009210 SAG 003520003521 |
| 82. | 1/19/95 | Faxed Agreement to James H. Daly from Natalio S. Fridman | | | | | Document first produced after exhibit lists exchanged, Prejudice, Authenticity. | SAG 015195-015202 |
| 83. | 1/19/95 | Faxed Agreement from Natalio S. Fridman | | | | | Document first produced after exhibit lists exchanged, Prejudice. | SAG0014997 015005 |
| 84. | 1/27/94 | Letter to Natalio S. Fridman from Michael King | | | | | | SAG 004885-004887 |
| 85. | 1/31/95 | Faxed letter to Michael King from Natalio S. Fridman | | | | | Document first produced after exhibit lists exchanged, Prejudice. | SAG 015006-015011 |

| DX# | Date | Description | Dep. Ex # | PX# | ID | Adm | Objections | Bates # |
|---|---|---|---|---|---|---|---|---|
| 86. | 2/1/95 | Faxed letter to Natalio S. Fridman from Michael King | | | | | | SAG 002737-0002741 |
| 87. | 2/2/95 | Fax to Natalio S. Fridman from Michael King with enclosure | | | | | Document first produced after exhibit lists exchanged, Prejudice. | SAG 015012-015023 |
| 88. | 2/8/95 | Fax to Natalio S. Fridman from James H. Daly with enclosure | | | | | Document first produced after exhibit lists exchanged, Prejudice, Authenticity. | SAG 015024-015034 |
| 89. | 2/14/95 | Letter to Natalio S. Fridman from Michael King with enclosure | | | | | Document first produced after exhibit lists exchanged, Prejudice. | SAG 015035-015045 |
| 90. | 2/15/95 | Letter to Natalio S. Fridman from Michael King | | | | | Document first produced after exhibit lists exchanged, Prejudice. | SAG 015046-015047 |
| 91. | 2/16/95 | Faxed letter to Natalio S. Fridman from Michael King with enclosure | | 70 | | | | SAG 004868-004878 |
| 92. | 2/27/95 | Distributorship Agreement | | 2 | | | | SAG 002754-002762 |
| 93. | 3/8/95 | Faxed letter to Natalio S. Fridman from Michael King | | | | | Document first produced after exhibit lists exchanged, Prejudice. | SAG 015048 |
| 94. | 3/30/95 | Faxed letter to Natalio S. Fridman from James H. Daly | | | | | Document first produced after exhibit lists exchanged, Prejudice, Authenticity. | SAG 015049 |

9

| DX# | Date | Description | Dep. Ex # | PX# | ID | Adm | Objections | Bates # |
|---|---|---|---|---|---|---|---|---|
| 95. | 5/22/95 | Letter to Natalio S. Fridman from James H. Daly | | | | | Relevance, Cumulative evidence. | SAG 002770 |
| 96. | 6/6/95 | Faxed letter to Natalio S. Fridman from Michael King | | | | | Relevance, Cumulative evidence. | SAG 003570 |
| 97. | 6/13/95 | Memo to Michael King from Natalio S. Fridman with attached note | | | | | Document first produced after exhibit lists exchanged, Prejudice, Relevance, Cumulative evidence. | SAG 015050-015051 |
| 98. | 6/16/95 | Memo to Michael King from Phillip McMullen | | | | | Document first produced after exhibit lists exchanged, Prejudice, Relevance, Cumulative evidence. | SAG 015052-015053 |
| 99. | 6/22/95 | Faxed letter to Natalio S. Fridman from Michael King with enclosure | | | | | Relevance, Cumulative evidence. | SAG 002774-002776 |
| 100. | 7/5/95 | Fax to Natalio S. Fridman from Doug Roberts | | | | | Document first produced after exhibit lists exchanged, Prejudice, Relevance, Cumulative evidence. | SAG 015210-015211 |
| 101. | 8/9/95 | Fax to Natalio S. Fridman from Doug Roberts with enclosure | | | | | Document first produced after exhibit lists exchanged, Prejudice. | SAG 015054-015055 |
| 102. | 8/29/95 | Faxed from Ken Lee to Sandra Antore with enclosure | | | | | Document first produced after exhibit lists exchanged, Prejudice. | SAG 015205-015209 |

10

| DX# | Date | Description | Dep. Ex # | PX# | ID | Adm | Objections | Bates # |
|---|---|---|---|---|---|---|---|---|
| 103. | 10/19/95 | Fax to Natalio S. Fridman from Phillip McMullen with enclosure | | | | | Document first produced after exhibit lists exchanged, Prejudice, Relevance, Cumulative evidence. | SAG 015058-015059 |
| 104. | 12/21/95 | Fax to Natalio S. Fridman from Phillip McMullen | | | | | Document first produced after exhibit lists exchanged, Prejudice, Relevance, Cumulative evidence. | SAG 015060-015062 |
| 105. | 1/23/96 | Letter to Tony Berkowitz from Rosemarie Swain with attachments | | | | | Document first produced after exhibit lists exchanged, Prejudice, Relevance, Cumulative evidence, Authenticity. | SAG 015063-015067 |
| 106. | 2/8/96 | Fax to Natalio S. Fridman from David R. Riddick with enclosure | | | | | Relevance, Cumulative evidence. | SAG 003230-003233 |
| 107. | 5/27/96 | Memo to Tony Berkowitz from Antonio Mateo with enclosure | | | | | Document first produced after exhibit lists exchanged, Prejudice, Relevance, Cumulative evidence. | SAG 015068-015070 |
| 108. | 8/30/96 | Fax to Tony Berkowitz from Neil Rothberg | | | | | Document first produced after exhibit lists exchanged, Prejudice, Relevance, Cumulative evidence. | SAG 015071 |
| 109. | 12/19/96 | Fax to Natalio S. Fridman from James H. Daly | | | | | Relevance, Cumulative evidence. | SAG 003722-003723 |

11

| DX# | Date | Description | Dep. Ex # | PX# | ID | Adm | Objections | Bates # |
|---|---|---|---|---|---|---|---|---|
| 110. | 1/8/97 | Fax to Natalio S. Fridman from David Riddick with enclosure | | | | | Document first produced after exhibit lists exchanged, Prejudice, Relevance, Cumulative evidence. | SAG 105072-015073 |
| 111. | 2/5/97 | Faxed letter to Dr. Edwin Koenigs from Natalio S. Fridman | | | | | | CSS 000037-000039 |
| 112. | 2/10/97 | Faxed letter to Natalio S. Fridman from Dr. Edwin Koenigs with enclosure | | | | | Document first produced after exhibit lists exchanged, Prejudice. | SAG 015074-015082 |
| 113. | 2/13/97 | Letter to Natalio S. Fridman from James H. Daly | | | | | | SAG 003728-003730 |
| 114. | 2/14/97 | Faxed letter to Dr. Linder from Natalio S. Fridman | | | | | | CSS 00004647 |
| 115. | 3/3/97 | Letter to Natalio S. Fridman from James H. Daly with enclosure | | | | | Document first produced after exhibit lists exchanged, Prejudice, Relevance, Cumulative evidence. | SAG 015083-015087 |
| 116. | 3/7/97 | Faxed letter to James H. Daly from Natalio S. Fridman with enclosure | | | | | Document first produced after exhibit lists exchanged, Prejudice, Relevance, Cumulative Evidence. | SAG 015088-015096 |
| 117. | 6/12/97 | Letter to Dr. Amir Sternhell from James H. Daly with enclosure | | | | | Document first produced after exhibit lists exchanged, Prejudice. | SAG 015097-015098 |
| 118. | 8/4/97 | Letter to Natalio S. Fridman from James H. Daly with enclosure | | 40 | | | Duplicate (See DX 26) | SAG 004698-004702 |

12

| DX# | Date | Description | Dep. Ex # | PX# | ID | Adm | Objections | Bates # |
|---|---|---|---|---|---|---|---|---|
| 119. | 8/12/97 | Letter to Natalio S. Fridman from Neil Rothberg with enclosure | | | | | Document first produced after exhibit lists exchanged, Prejudice. | SAG 015099-015100 |
| 120. | 8/19/97 | Letter to Natalio S. Fridman from James H. Daly with enclosure | | | | | Document first produced after exhibit lists exchanged, Prejudice. | SAG 015101-015108 |
| 121. | 8/21/97 | Faxed letter to Natalio S. Fridman from James H. Daly with enclosure | | | | | | SAG 002876-002889 |
| 122. | 8/25/97 | Faxed letter to Jay Schafrann from Neil Rothberg with enclosure | | 41 | | | | CSS 52-65 |
| 123. | 9/9/97 | Letter to Natalio S. Fridman from James H. Daly with enclosure | | 43 | | | | CSS 00008081 |
| 124. | 9/9/97 | Letter to Natalio S. Fridman from James H. Daly with enclosure | | | | | | SAG 002890-002901 |
| 125. | 9/10/97 | Fax to Natalio S. Fridman from James H. Daly with enclosure | | | | | Document first produced after exhibit lists exchanged, Prejudice. | SAG 015109-015126 |
| 126. | 1/15/98 | Fax to Natalio S. Fridman from Neil Rothberg with enclosure | | | | | | CSS 00011211? |
| 127. | 6/17/98 | Faxed memo to Natalio S. Fridman from Juan Lucca | | | | | Document first produced after exhibit lists exchanged, Prejudice, Relevance. | SAG 015127-015128 |
| 128. | 6/18/98 | Fax to Natalio S. Fridman from Timothy Hill with enclosure | | | | | Document first produced after exhibit lists exchanged, Prejudice. | SAG 015129-015135 |

| DX# | Date | Description | Dep. Ex # | PX# | ID | Adm | Objections | Bates # |
|---|---|---|---|---|---|---|---|---|
| 129. | 7/1/99 | Letter to Natalio S. Fridman from Timothy Hill with enclosure | | | | | Document first produced after exhibit lists exchanged, Prejudice, Authenticity. | SAG 015136-015143 |
| 130. | 8/10/00 | Faxed letter to Natalio S. Fridman from Trevor Williams | | | | | Document first produced after exhibit lists exchanged, Prejudice, Authenticity. | SAG 015144-015146 |
| 131. | 1/10/02 | Email to Natalio S. Fridman from Trevor Williams | | 11 | | | | CSS 000485-000486 |
| 132. | 2/28/02 | Letter to Natalio S. Fridman from Trevor Williams | | | | | | SAG 015147 |
| 133. | 4/14/03 | Email to Linda Kibblewhite from Natalio S. Fridman with enclosure | | | | | Document first produced after exhibit lists exchanged, Prejudice, Duplicate (See DX 4). | SAG 015170-015179 |
| 134. | 4/18/2005 | Letter to Natalio S. Fridman from Haskell Mayo | | | | | Document first produced after exhibit lists exchanged, Prejudice. | SAG 015180-015181 |
| 135. | 8/4/04 | Updated Special Products List | | | | | Document first produced after exhibit lists exchanged, Prejudice, Authenticity. | SAG 015185-015186 |
| 136. | 9/16/04 | Updated Special Products List | | | | | Document first produced after exhibit lists exchanged, Prejudice, Authenticity. | SAG 015187-015188 |

14

| DX# | Date | Description | Dep. Ex # | PX# | ID | Adm | Objections | Bates # |
|---|---|---|---|---|---|---|---|---|
| 137. | 10/4/04 | Updated Special Products List | | | | | Document first produced after exhibit lists exchanged, Prejudice, Authenticity. | SAG 015189-015190 |
| 138. | 9/6/05 | Letter to Natalio S. Fridman from Christian Barrios Marchant | | 27 | | | Duplicate (DX 11) | SAG 013446-013456 |
| 139. | 10/17/05 | Letter to Natalio S. Fridman fro Christian Barrios Marchant | | | | | | CSS 000216 |
| 140. | 10/24/05 | Letter to Christian Barrios Marchant from Natalio S. Fridman | | | | | | CSS 000217-000225 |
| 141. | 11/1/05 | Email to Natalio S. Fridman from Linda Kibblewhite | | 22 | | | Document first produced after exhibit lists exchanged, Prejudice. | SAG 015183-015184 |
| 142. | 11/9/05 | Letter to Andres Zancani from Tony Berkowitz with enclosure | | | | | Relevance. | CSS 000133-000136 |
| 143. | 12/16/05 | Email to Natalio S. Fridman from Karl-Heinz Streibich | | 28 | | | Duplicate (DX 12) | CSS 000231-000232 |
| 144. | 12/23/05 | Email to Karl-Heinz Streibich from Natalio S. Fridman | | | | | Authenticity (incomplete bates ranges). | CSS 000248 |
| 145. | 4/13/06 | Email to Natalio S. Fridman from Karl-Heinz Streibich | | | | | Authenticity (incomplete bates ranges). | CSS 000247 |
| 146. | 4/25/06 | Email to Karl-Heinz Streibich from Natalio S. Fridman | | | | | Authenticity (incomplete bates ranges). | CSS 000246 |
| 147. | 5/8/06 | Email to Natalio S. Fridman from Christian Barrios Marchant | | | | | Authenticity (incomplete bates ranges). | CSS 000243 |

15

| DX# | Date | Description | Dep. Ex # | PX# | ID | Adm | Objections | Bates # |
|---|---|---|---|---|---|---|---|---|
| 148. | 5/8/06 | Email to Christian Barrios Marchant from Natalio S. Fridman | | | | | Authenticity (incomplete bates ranges). | CSS 000243 |
| 149. | 5/10/06 | Email to Natalio S. Fridman from Karl-Heinz Streibich | | | | | Duplicate (See DX. 146). Authenticity. | CSS 000246 |
| 150. | 5/10/06 | Email to Natalio S. Fridman from Christian Barrios Marchant | | | | | Authenticity (incomplete bates ranges). | CSS 000253 |
| 151. | 5/10/06 | Email to Natalio S. Fridman from Christian Barrios Marchant | | | | | Authenticity (incomplete bates ranges). | CSS 00252 |
| 152. | 5/12/06 | Email to Christian Barrios Marchant from Natalio S. Fridman | | | | | Authenticity (incomplete bates ranges). | CSS 000251 |
| 153. | 5/23/06 | Email to Karl-Heinz Streibich from Natalio S. Fridman | | 30 | | | Duplicate (DX 14), Authenticity (incomplete bates ranges). | CSS 000259 |
| 154. | 5/24/06 | Email to Natalio S. Fridman from Karl-Heinz Streibich | | 30 | | | Duplicate (See DX 14), Authenticity (incomplete bates ranges). | CSS 000259 |
| 155. | 5/24/06 | Email to Natalio S. Fridman from Karl-Heinz Streibich | | | | | | CSS 000261 |
| 156. | 6/2/06 | Email to Natalio S. Fridman from Karl-Heinz Streibich | | | | | | CSS 000262 |
| 157. | 7/4/06 | Email to Natalio S. Fridman from Karl-Heinz Streibich | | | | | | CSS 000263 |
| 158. | 7/19/06 | Email to Karl-Heinz Streibich from Natalio S. Fridman | | | | | | CSS 000265 |
| 159. | 7/26-27/06 | Emails between Karl-Heinz and Natalio S. Fridman | | | | | Duplicate (See DX 59) | CSS 000267 |

16

| DX# | Date | Description | Dep. Ex # | PX# | ID | Adm | Objections | Bates # |
|---|---|---|---|---|---|---|---|---|
| 160. | 4/6/06 | Notice sent by certified mail to Natalio S. Fridman from Mayo Haskell | | | | | | SAG 0008633-0000864 |
| 161. | 7/4/06 | Notice emailed to Natalio S. Fridman by Karl-Heinz Streibich | | | | | Document first produced after exhibit lists exchanged, Prejudice. | SAG 015194 |
| 162. | 8/18/06 | Notice sent by certified mail to Hyman L. Schaffer from Pamela Church | | | | | Document first produced after exhibit lists exchanged, Prejudice, Duplicate (See DX 52). | SAG 015191-015193 |
| 163. | 5/21/02 | Emails to Mike Sharpe from Neil Rothberg | | | | | Document first produced after exhibit lists exchanged, Prejudice. | SAG 015148-015154 |
| 164. | 5/22/02 | Email to Mike Sharpe from Neil Rothberg | | | | | Document first produced after exhibit lists exchanged, Prejudice. | SAG 015155-0155156 |
| 165. | 6/20/02 | Test Market Agreement | | | | | Document first produced after exhibit lists exchanged, Prejudice, Relevance, Multiple Documents, Authenticity. | SAG 015157-015169 |

17

Dated: New York, New York
      December 3, 2007

DUANE MORRIS LLP

By:    /s Hyman L. Schaffer
      Hyman L. Schaffer
      Fran M. Jacobs
      Brian Damiano
1540 Broadway
New York, New York 10036
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
*Attorneys for Plaintiff*
*Consist Software Solutions, Inc.*

TO:     James D. Jacobs
           Frank M. Gasparo
           Marcella Ballard
           John A. Basinger (*pro hac vice*)
           BAKER & McKENZIE LLP
           1114 Avenue of the Americas
           New York, New York 10036
           Telephone: (212) 626-4100
           Facsimile: (212) 310-1600
           *Attorneys for Defendants Software AG, Inc. and Software AG*