DUANE MORRIS LLP
Hyman L. Schaffer
Fran M. Jacobs
Brian Damiano
1540 Broadway
New York, New York 10036
(212) 692-1000
*Attorneys for Plaintiff Consist Software Solutions, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
CONSIST SOFTWARE SOLUTIONS, INC.,          :
f/k/a CONSIST INTERNATIONAL, INC.,         :
                                           :   07 CV 7047 (CM) (FM)
                     Plaintiff,            :
           -against-                       :
                                           :
SOFTWARE AG, INC. and SOFTWARE AG,         :
                                           :
                     Defendants.           :
-----------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      This is to certify that I caused the foregoing Plaintiff's List of Witnesses and Exhibits, Direct Witness Testimony of Natalio S. Fridman and James Daly, Proposed Findings of Fact and Conclusions of Law, and Objections To Defendants' Proposed Exhibit List to be served on all parties of record in this action by ECF with a courtesy copy of the same by hand delivery.

      This the 3rd day of December, 2007.

                                                               s/Cathy Smith
                                                             CATHY SMITH