Hyman L. Schaffer
Fran M. Jacobs
Brian Damiano
1540 Broadway
New York, New York 10036
(212) 692-1000
*Attorneys for Plaintiff Consist Software Solutions, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| CONSIST SOFTWARE SOLUTIONS, INC., f/k/a CONSIST INTERNATIONAL, INC., | 07 CV 7047 (CM) (FM) |
| Plaintiff, | **NOTICE OF MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF DAVID A. MACSWAIN** |
| -against- | |
| SOFTWARE AG, INC. and SOFTWARE AG, | |
| Defendants. | |

------------------------------------------------------------------x

C O U N S E L O R S :

PLEASE TAKE NOTICE that, upon the annexed Declaration of Hyman L. Schaffer dated December 7, 2007, the exhibits annexed thereto, the accompanying Memorandum of Law in Support of Motion in Limine to Exclude Testimony by Defendants' Expert Witness, and all the pleadings and proceedings heretofore had herein, Plaintiff Consist Software Solutions, Inc. f/k/a Consist International, Inc. ("Consist"), by its undersigned counsel, Duane Morris LLP, will move this Court, before the Hon. Colleen McMahon, United States District Judge, at Court Room 21B of the United States Courthouse, 500 Pearl Street, New York, New York, for an order granting Consist's motion in limine to exclude the expert testimony of David A. MacSwain pursuant to Rules 403 and 703 of the Federal Rules of Evidence, and Rules 26(a)(2) and 37 of the Federal Rules of Civil Procedure, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
      December 7, 2007

DUANE MORRIS LLP

By:    /s Hyman L. Schaffer
      Hyman L. Schaffer
      Fran M. Jacobs
      Brian Damiano
1540 Broadway
New York, New York 10036
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
*Attorneys for Plaintiff*
*Consist Software Solutions, Inc.*

TO:    James D. Jacobs
        Frank M. Gasparo
        Marcella Ballard
        John A. Basinger (*pro hac vice*)
        BAKER & McKENZIE LLP
        1114 Avenue of the Americas
        New York, New York 10036
        Telephone: (212) 626-4100
        Facsimile: (212) 310-1600
        *Attorneys for Defendants Software AG, Inc. and Software AG*