DUANE MORRIS LLP
Hyman L. Schaffer
Fran M. Jacobs
Brian Damiano
1540 Broadway
New York, New York 10036
(212) 692-1000
*Attorneys for Plaintiff Consist Software Solutions, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CONSIST SOFTWARE SOLUTIONS, INC.,          :
f/k/a CONSIST INTERNATIONAL, INC.,         :
                                           :   07 CV 7047 (CM) (FM)
                Plaintiff,                 :
                                           :
        -against-                          :
                                           :
SOFTWARE AG, INC. and SOFTWARE AG,         :
                                           :
                Defendants.                :
------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    This is to certify that I caused the foregoing Plaintiff's Notice of Motion in Limine to Exclude Expert Testimony of David A. MacSwain, and Declaration of Hyman L. Schaffer and Memorandum of Law in support thereof, to be served on all parties of record in this action by ECF.

    This the 7th day of December, 2007.

                                         /s Cathy Smith
                                         CATHY SMITH