# Exhibit D

## Kibblewhite, Linda

| | |
|---|---|
| **From:** | Kibblewhite, Linda |
| **Sent:** | Monday, April 14, 2003 4:29 PM |
| **To:** | Natalio Fridman (E-mail) |
| **Cc:** | Fandino, Gustavo; Rothberg, Neil; Ryan, Lori |
| **Subject:** | Third Party Obligations on Software AG Products |
| **Importance:** | High |
| **Attachments:** | Consist Third Party Obligations 4-2003.xls; SAG AdapterList.doc; Consist Third Party reporting.xls |

Hello Natalio,

As we discussed earlier today, please find attached three documents pertaining to third party obligations related to Software AG products.

The first attachments specifies the Third Party Obligations to the given Software AG products. For convenience purposes, I have provided a column with the current list price (based on 7/1/2002 Price Book). The obligation applies to the current list price and therefore may change with any future price list.

The second attachment outlines the pricing associated with the Software AG Adapters (aka iWay adapters), as referenced in the first attachment.

The third attachment is the format for quarterly reporting for products with third party obligations. We would like to have this report due on the same date as your royalty payments.

As we spoke, we need to satisfy third party obligations up to this point. If you could kindly prepare a baseline report detailing past transactions involving these products this will allow certain roadblocks, specifically related to Natural Engineer, to be overcome. *Since you will be out on vacation for the next two weeks, if you could have the report sent to us by May 2, that would be great!* Royalties will need to be collected and reported on for any product licensed to end-user, PS projects where a license fee would normally be collected, and in situations where Consist bundles the product in an overall package to end-users.

I would like to prepare an amendment to the distributorship agreement specifying the products with these third party obligations are considered "Special Products" under the terms of our agreement.

If we need to discuss further, please call me. I hope you have a safe and happy vacation!

Kind Regards
Linda

*Linda Kibblewhite*
*Software AG Inc.*
*11190 Sunrise Valley Drive*
*Reston, VA 20191-5424*
*Phone: 703 391-6600   Fax: 703 391-6999*
*Linda.Kibblewhite@softwareagusa.com*



5/16/2006

**Third Party Obligations for Software AG Products**
**Last Updated: 4/14/2003**

| | List Price License | Product Obligation for License | List Price Maintenance | Product Obligation for Maintenance |
|---|---|---|---|---|
| Natural Engineer (NEE) | 100 pts (mf), $2500 (min 8) wkstn | 25% of List Price | 100 pts (mf), $500 (min 8) wkstn | 50% of List Price |
| Natural Engineer WebStar (NWS) | 50 pts (mf) | 25% of List Price | 50 pts (mf) | 50% of List Price |
| Tamino X-Node - Oracle (TXC / TXORA) | $4,500 per processor | $2,200 per processor | $900 per processor | $2,200 per processor |
| Tamino X-Node - DBs (TXD / TXDB2) | $4,500 per processor | $2,200 per processor | $900 per processor | $2,200 per processor |
| Tamino X-Node - Informix (TXI) | $4,500 per processor | $2,200 per processor | $900 per processor | $2,200 per processor |
| Tamino X-NODE - Sybase (TXS) | $4,500 per processor | $2,200 per processor | $900 per processor | $2,200 per processor |
| Tamino Mobile Suite | TBA | 12% of List price | TBA | 10% of List Price |
| Software AG Adapters (iWay adapters) | As per separate attachment | 30% of List Price for all stnd adapters, 50% of List Price for eBusiness Adapters (XTE) | As per separate attachment | 50% of List Price |

Page: 1

**SOFTWARE AG**



# Software AG Adapter List

# SOFTWARE AG

| Prod. Code | Adapter | License Fee | Obligations | |
|---|---|---|---|---|
| | | | Lic | Maint |
| | **General Data Adapters (All Platforms)** | | | |
| | Read/Write Adapter for FOCUS DBMS | $80,000 | 30% | 50% |
| | Read/Write Adapter for MQSeries Queues | $80,000 | 30% | 50% |
| | Read/Write Adapter for XML Data | $25,000 | 30% | 50% |
| | Data Hub Read/Write Adapter | $25,000 | 30% | 50% |
| | **Mainframe Adapters - Relational Data** | | | |
| | Read/Write Adapter for DB2 | $25,000 | 30% | 50% |
| | Read/Write Adapter for Oracle | $25,000 | 30% | 50% |
| | Read/Write Adapter for SQL/DS | $25,000 | 30% | 50% |
| | Read/Write Adapter for IDMS/SQL | $25,000 | 30% | 50% |
| | Read/Write Adapter for Teradata | $25,000 | 30% | 50% |
| | **Mainframe Adapters - Special/Nonrelational Data** | | | |
| | Read/Write Adapter for VSAM | $80,000 | 30% | 50% |
| | Read/Write Adapter for IMS/DB | $80,000 | 30% | 50% |
| | Read Adapter for IDMS/R | $80,000 | 30% | 50% |
| | Read Adapter for Datacom/DB | $80,000 | 30% | 50% |
| | Read Adapter for TOTAL | $80,000 | 30% | 50% |
| | Read Adapter for M204 | $80,000 | 30% | 50% |
| | Read Adapter for S2000 | $80,000 | 30% | 50% |
| | Read Driver for Infoman | $80,000 | 30% | 50% |
| | Read Adapter for Millennium | $80,000 | 30% | 50% |
| | Read Adapter for Supra | $80,000 | 30% | 50% |
| | Read Adapter for Nomad | $80,000 | 30% | 50% |
| | Read Adapter for SCT | $80,000 | 30% | 50% |
| | Read Adapter for Integral Systems | $80,000 | 30% | 50% |
| | Read/Write Adapter for ADABAS | $80,000 | 30% | 50% |
| | **NT Intel and Windows 2000** | | | |
| | Read/Write Adapter for SQL Server | $25,000 | 30% | 50% |
| | Read/Write Adapter for Oracle | $25,000 | 30% | 50% |
| | Read/Write Adapter for MS Access | $25,000 | 30% | 50% |
| | Read/Write Adapter for Teradata | $25,000 | 30% | 50% |
| | Read/Write Adapter for Informix | $25,000 | 30% | 50% |
| | Read/Write Adapter for DB2 UDB | $25,000 | 30% | 50% |
| | Read Adapter for Essbase | $80,000 | 30% | 50% |
| | Read Adapter for MS Analysis Server (OLAP Services) | $25,000 | 30% | 50% |
| | Read/Write Adapter for Progress | $25,000 | 30% | 50% |
| | Read/Write Adapter for Sybase | $25,000 | 30% | 50% |
| | Read/Write Adapter for Sybase/IQ | $25,000 | 30% | 50% |
| | Read/Write Adapter for Nucleus | $25,000 | 30% | 50% |
| | Read/Write Adapter for ODBC (for Excel, Lotus Notes, and other ODBC compliant databases) | $25,000 | 30% | 50% |
| | Read/Write Adapter for Unisys DMS | $80,000 | 30% | 50% |
| | Read/Write Adapter for ADABAS | $80,000 | 30% | 50% |
| | **Compaq-Digital OpenVMS** | | | |
| | Read/Write Adapter for RMS | $25,000 | 30% | 50% |
| | Read/Write Adapter for Rdb | $25,000 | 30% | 50% |
| | Read/Write Adapter for DS MUMPs | $80,000 | 30% | 50% |

**SOFTWARE AG**

| | | | |
|---|---|---|---|
| Read Adapter for DBMS | $80,000 | 30% | 50% |
| Read/Write Adapter for Progress | $80,000 | 30% | 50% |
| Read/Write Adapter for Oracle | $25,000 | 30% | 50% |
| Read/Write Adapter for Ingres | $25,000 | 30% | 50% |
| Read/Write Adapter for Sybase | $25,000 | 30% | 50% |
| Read/Write Adapter for Informix | $25,000 | 30% | 50% |
| Read/Write Adapter for Teradata | $25,000 | 30% | 50% |
| Read/Write Adapter for ADABAS | $25,000 | 30% | 50% |
| **Compaq-Digital Tru64 UNIX** | | | |
| Read/Write Adapter for Progress | $25,000 | 30% | 50% |
| Read/Write Adapter for Nucleus | $25,000 | 30% | 50% |
| Read/Write Adapter for C-ISAM (Informix) | $80,000 | 30% | 50% |
| Read/Write Adapter for C-ISAM (MicroFocus) | $80,000 | 30% | 50% |
| Read/Write Adapter for Oracle | $25,000 | 30% | 50% |
| Read/Write Adapter for Ingres | $25,000 | 30% | 50% |
| Read/Write Adapter for Sybase | $25,000 | 30% | 50% |
| Read/Write Adapter for Sybase/IQ | $25,000 | 30% | 50% |
| Read/Write Adapter for Informix | $25,000 | 30% | 50% |
| Read/Write Adapter for DB2 UDB | $25,000 | 30% | 50% |
| **Sun Solaris/Sparc** | | | |
| Read Adapter for C-ISAM (Informix) | $80,000 | 30% | 50% |
| Read Adapter for C-ISAM (MicroFocus) | $80,000 | 30% | 50% |
| Read/Write Adapter for Oracle | $25,000 | 30% | 50% |
| Read/Write Adapter for Ingres | $25,000 | 30% | 50% |
| Read/Write Adapter for Sybase | $25,000 | 30% | 50% |
| Read/Write Adapter for Sybase/IQ | $25,000 | 30% | 50% |
| Read/Write Adapter for Informix | $25,000 | 30% | 50% |
| Read/Write Adapter for Teradata | $25,000 | 30% | 50% |
| I206 Read/Write Adapter for DB2 UDB | $25,000 | 30% | 50% |
| Read Adapter for Essbase | $80,000 | 30% | 50% |
| Read/Write Adapter for Progress | $80,000 | 30% | 50% |
| Read/Write Adapter for Red Brick | $25,000 | 30% | 50% |
| Read/Write Adapter for Unisys DMS | $80,000 | 30% | 50% |
| Read/Write Adapter for ADABAS | $80,000 | 30% | 50% |
| **IBM RS/6000 and SP2 (AIX)** | | | |
| Read Adapter for C-ISAM (Informix) | $80,000 | 30% | 50% |
| Read Adapter for C-ISAM (MicroFocus) | $80,000 | 30% | 50% |
| Read/Write Adapter for Oracle | $25,000 | 30% | 50% |
| Read/Write Adapter for Ingres | $25,000 | 30% | 50% |
| Read/Write Adapter for Sybase | $25,000 | 30% | 50% |
| Read/Write Adapter for Sybase/IQ | $25,000 | 30% | 50% |
| Read/Write Adapter for Informix | $25,000 | 30% | 50% |
| Read/Write Adapter for Teradata | $25,000 | 30% | 50% |
| Read/Write Adapter for DB2 UDB | $25,000 | 30% | 50% |
| Read Adapter for Essbase | $80,000 | 30% | 50% |
| Read/Write Adapter for Progress | $80,000 | 30% | 50% |
| I80 Read/Write Adapter for Red Brick | $80,000 | 30% | 50% |
| I268 Read/Write Adapter for Universe | $80,000 | 30% | 50% |
| I81 Read Adapter for MUMPS | $80,000 | 30% | 50% |
| I97 Read Adapter for Micronetics Cache MUMPS | $80,000 | 30% | 50% |
| Read/Write Adapter for ADABAS | $80,000 | 30% | 50% |
| **HP-UX** | | | |

**SOFTWARE AG**

| | | | |
|---|---|---|---|
| Read/Write Adapter for Progress | $80,000 | 30% | 50% |
| Read/Write Adapter for Oracle | $25,000 | 30% | 50% |
| Read/Write Adapter for Ingres | $25,000 | 30% | 50% |
| Read/Write Adapter for Sybase | $25,000 | 30% | 50% |
| Read/Write Adapter for Sybase/IQ | $25,000 | 30% | 50% |
| Read/Write Adapter for Informix | $25,000 | 30% | 50% |
| Read/Write Adapter for Teradata | $25,000 | 30% | 50% |
| Read/Write Adapter for DB2 UDB | $25,000 | 30% | 50% |
| Read/Write Adapter for Allbase/SQL | $40,000 | 30% | 50% |
| Read Adapter for C-ISAM (Informix) | $80,000 | 30% | 50% |
| Read Adapter for C-ISAM (MicroFocus) | $80,000 | 30% | 50% |
| Read/Write Adapter for Unify | $80,000 | 30% | 50% |
| Read/Write Adapter for Red Brick | $25,000 | 30% | 50% |
| Read/Write Adapter for MUMPs | $80,000 | 30% | 50% |
| Read/Write Adapter for Universe | $80,000 | 30% | 50% |
| Read Adapter for Essbase | $80,000 | 30% | 50% |
| Read/Write Adapter for ADABAS | $80,000 | 30% | 50% |
| **HP MPE/iX** | | | |
| Read/Write Adapter for ImageSQL | $80,000 | 30% | 50% |
| Read/Write Adapter for TurboImage | $80,000 | 30% | 50% |
| Read/Write Adapter for Allbase/SQL | $25,000 | 30% | 50% |
| Read Adapter for KSAM | $80,000 | 30% | 50% |
| Read/Write Adapter for Oracle | $80,000 | 30% | 50% |
| **Compaq-Tandem** | | | |
| Read/Write Adapter for NonStopSQL | $25,000 | 30% | 50% |
| Read/Write Adapter for Enscribe | $80,000 | 30% | 50% |
| Read/Write Adapter for Oracel | $25,000 | 30% | 50% |
| **AS/400** | | | |
| Read/Write Adapter for DB2/400 | $25,000 | 30% | 50% |
| Read/Write Adapter for OS/400 Native | $25,000 | 30% | 50% |
| **Data General (AViiON)** | | | |
| Read/Write Adapter for Oracle | $25,000 | 30% | 50% |
| Read/Write Adapter for Ingres | $25,000 | 30% | 50% |
| Read/Write Adapter for Sybase | $25,000 | 30% | 50% |
| Read/Write Adapter for Informix | $25,000 | 30% | 50% |
| **NCR** | | | |
| Read/Write Adapter for Oracle | $25,000 | 30% | 50% |
| Read/Write Adapter for Ingres | $25,000 | 30% | 50% |
| Read/Write Adapter for Sybase | $25,000 | 30% | 50% |
| Read/Write Adapter for Informix | $25,000 | 30% | 50% |
| Read/Write Adapter for Progress | $80,000 | 30% | 50% |
| Read/Write Adapter for Teradata | $25,000 | 30% | 50% |
| Read Adapter for C-ISAM (Informix) | $80,000 | 30% | 50% |
| Read Adapter for C-ISAM (MicroFocus) | $80,000 | 30% | 50% |
| **Dynix (Sequent)** | | | |
| Read/Write Adapter for Oracle | $25,000 | 30% | 50% |
| Read/Write Adapter for Ingres | $25,000 | 30% | 50% |
| Read/Write Adapter for Sybase | $25,000 | 30% | 50% |
| Read/Write Adapter for Informix | $25,000 | 30% | 50% |
| Read/Write Adapter for DB2 UDB | $25,000 | 30% | 50% |
| **Siemens Reliant (Pyramid)** | | | |
| Read/Write Adapter for Oracle | $25,000 | 30% | 50% |

# SOFTWARE AG

| | | | |
|---|---|---|---|
| Read/Write Adapter for Ingres | $25,000 | 30% | 50% |
| Read/Write Adapter for Sybase | $25,000 | 30% | 50% |
| Read/Write Adapter for Informix | $25,000 | 30% | 50% |
| **Unisys Unixware** | | | |
| Read/Write Adapter for Oracle | $25,000 | 30% | 50% |
| Read/Write Adapter for Ingres | $25,000 | 30% | 50% |
| Read/Write Adapter for Sybase | $25,000 | 30% | 50% |
| Read/Write Adapter for Informix | $25,000 | 30% | 50% |
| **Application Systems Adapters** | | | |
| Adapter for SAP R/3<br>(includes SAP R/3, MySAP.com, and SAP Portals) | $60,000 | 30% | 50% |
| Adapter for PeopleSoft 7.x | $60,000 | 30% | 50% |
| Adapter for PeopleSoft 8.x | $60,000 | 30% | 50% |
| Adapter for Siebel 6.x | $60,000 | 30% | 50% |
| Adapter for Siebel 7.x | $60,000 | 30% | 50% |
| Adapter for J.D. Edwards | $60,000 | 30% | 50% |
| Adapter for J.D. Edwards One World | $60,000 | 30% | 50% |
| Adapter for Oracle Applications | $60,000 | 30% | 50% |
| Adapter for Baan | $60,000 | 30% | 50% |
| Adapter for Vantive | $60,000 | 30% | 50% |
| Adapter for Clarify | $60,000 | 30% | 50% |
| Adapter for Lawson Financials | $60,000 | 30% | 50% |
| Adapter for BroadVision One-to-One | $60,000 | 30% | 50% |
| Adapter for BroadVision Business Commerce | $60,000 | 30% | 50% |
| Adapter for BroadVision Retail Commerce | $60,000 | 30% | 50% |
| Adapter for i2 Technologies Demand Planner | $60,000 | 30% | 50% |
| Adapter for i2 Technologies Factory Planner | $60,000 | 30% | 50% |
| Adapter for i2 Technologies Replenishment Planner | $60,000 | 30% | 50% |
| Adapter for i2 Technologies Supply Chain Planner | $60,000 | 30% | 50% |
| Adapter for i2 Technologies Inventory Planner | $60,000 | 30% | 50% |
| Adapter for CommerceOne Market Site | $60,000 | 30% | 50% |
| Adapter for CommerceOne Enterprise Buyer | $60,000 | 30% | 50% |
| Adapter for Ariba Buyer | $60,000 | 30% | 50% |
| Adapter for Ariba PunchOUT | $60,000 | 30% | 50% |
| Adapter for Manugistics | $60,000 | 30% | 50% |
| **Mainframe Applications Systems Adapters** | | | |
| Adapter for GEAC Millennium | $60,000 | 30% | 50% |
| Adapter for Hogan Financials | $60,000 | 30% | 50% |
| Adapter for Walker Interactive | $60,000 | 30% | 50% |
| **Application Systems Query Adapters** | | | |
| Application Systems Query Adapter for SAP R/3 | $80,000 | 30% | 50% |
| Application Systems Query Adapter for SAP BW | $80,000 | 30% | 50% |
| Application Systems Query Adapter for PeopleSoft | $80,000 | 30% | 50% |
| Application Systems Query Adapter for JD Edwards | $80,000 | 30% | 50% |
| Application Systems Query Adapter for Siebel | $80,000 | 30% | 50% |
| **Terminal Emulation Adapters** | | | |
| Emulation Adapter (3270,5250) | $25,000 | 30% | 50% |
| Emulation Adapter (VT100/200) | $25,000 | 30% | 50% |
| **Procedural Program Adapter** | | | |
| Procedural Program Adapter (CALLPGM) | $25,000 | 30% | 50% |
| **Transaction Adapters** | | | |
| CICS Transaction Adapter | $25,000 | 30% | 50% |
| IMS/TM Transaction Adapter- Legacy IMS/DC | $25,000 | 30% | 50% |

**SOFTWARE AG**

| | | | |
|---|---|---|---|
| releases (CALLIMS) | | | |
| iMS/TM Adapter for Java Technologies (APPC/OTMA) and C Applications | $25,000 | 30% | 50% |
| Transaction Adapter for BEA Tuxedo | $25,000 | 30% | 50% |
| Transaction Adapter for Bull TDS | $25,000 | 30% | 50% |
| Transaction Adapter for Unisys Clear Path | $25,000 | 30% | 50% |
| Transaction Adapter for BEA Web Logic | $25,000 | 30% | 50% |
| Transaction Adapter for Oracle 9iAS | $25,000 | 30% | 50% |
| **Utility Adapters** | | | |
| XML Adapter for Files | $25,000 | 30% | 50% |
| XML Adapter for RDBMS | $25,000 | 30% | 50% |
| **Network Adapters** | | | |
| LU 6.2 | $10,000 | 30% | 50% |
| TCP/IP | $10,000 | 30% | 50% |
| LU 0 | $10,000 | 30% | 50% |
| LU2 (3270 and Asynch) | $10,000 | 30% | 50% |
| NetBIOS | $10,000 | 30% | 50% |
| Named Pipes | $10,000 | 30% | 50% |
| HTTP | $10,000 | 30% | 50% |
| HTTPS (secure HTTP) | $10,000 | 30% | 50% |
| MQSeries | $25,000 | 30% | 50% |
| Tibco Rendezvous JMS | $25,000 | 30% | 50% |
| Tibco Rendezvous Native | $25,000 | 30% | 50% |
| Sonic MQ | $25,000 | 30% | 50% |
| BEA Message Queuing | $25,000 | 30% | 50% |
| Oracle Advanced Queuing | $25,000 | 30% | 50% |
| File Transer Protocol | $25,000 | 30% | 50% |
| Simple Mail Transfer Protocol | $25,000 | 30% | 50% |
| CORBA | $25,000 | 30% | 50% |
| Microsoft BizTalk Server | $25,000 | 30% | 50% |
| **eBusiness Adapters** | | | |
| XML eBusiness Adapter<br>Includes the following standard and proprietary formats: cXML, XCML, XBRL, OAG BOD, CSV/CDF-flat files, SQL, JDBC, Relational Tables | $10,000 | 30% | 50% |
| ebXML Adapter | $10,000 per processor | 30% | 50% |
| ANSI X12 EDI Adapter  - *Requires XTE* | $25,000 | 30% | 50% |
| EDIFACT EDI Adapter - *Requires XTE* | $25,000 | 30% | 50% |
| FIX/FIXML Adapter | $25,000 | 30% | 50% |
| SWIFT/SWIFTML Adapter - *Requires XTE*<br>Includes SWIFT certification tests | $25,000 | 30% | 50% |
| HIPAA (X12) EDI Adapter - *Requires XTE*<br>Includes HIPAA document transformation and certification tests | $25,000 | 30% | 50% |
| Healthcare Language 7 (HL7) Adapter | $25,000 | 30% | 50% |
| **In combination with eBusiness Adapters only** | | | |
| XTE<br>Includes XML Transformation Engine, Business Services Engine, XTE Transformation Workbench, TCP/IP and HTTP Listeners.<br>*Only one XTE license per server is required even for access of multiple adapters.* | $20,000 | 50% | 50% |
| Additional XTE Transformation Workbench | $10,000 per copy | 50% | 50% |

Software AG Adapter List
Prepared by Angelika Siffring
Product Marketing HQ
Last update: Jan. 08, 2003    *** Company Confidential ***

Page 6 of 7

**SOFTWARE AG**

Formatted

Software AG Adapter List
Prepared by Angelika Siffring
Product Marketing HQ
Last update: Jan. 08, 2003     *** Company Confidential ***

Confidential

## SOFTWARE AG Quarterly Royalty Report
### For Quarter ending [insert month & year]
### [date of report]

| Customer Name | Customer Location Address City, State (or County) Zip Code | Cust Contract/ Maintenance Date | Customer Type | License Type | CPU Model Number | License Quantity | Operating System | Operating System Release | Product Code | Product Name | Approved Discount Applied* | License Fee | Maintenance Fee | Royalty Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 ABC | 123 America's Street, New York, NY 10121-2988 USA | 12/01/02 | End User | Production | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | |

Subtotals: $          $          $

Total Royalty Due: $

Note:
* "Approved Discount Applied" must be agreed to in writing (i.e., e-mail, memo or fax)



1 of 1

# Exhibit E





Business Information Technology

# Consist Solutions and Services

## Integration Technology

### PrintBOS: Flexible, cost-cutting output management processes

PrintBOS supports the intelligent post-processing of print output data. On top of integrating graphical elements such as bar codes, logos and CAD drawings to alphanumerical print output, PrintBOS enables a full post-processing workflow and supports digital signatures, multiple messaging, and archiving. PrintBOS supports a variety of platforms. The PrintBOS InkTon module addresses the high cost of toner and ink cartridges in office environments, and reduces these cost by up to 50%.

### Consist Content Manager: The integrative CMS solution

Consist Content Manager is a comprehensive solution, completely based on XML, for the creation, editing, administration, publication and distribution of content seamlessy. The application enables one to generate content and add any form of document, image or video for later publication, within or across your organization. This process is performed through an intuitive web interface.

### Attunity: High-performance process integration across all platforms

The Attunity product family offers reliable high-performance process connectivity: Attunity Connect enables cross-platform access to data and applications based on adapters using a standardized SQL access. While being used in many BI, migration and integration scenarios, Attunity Connect is also part of the Oracle Transparent Gateway product. When mass data have to be processed, the Attunity Change Data Capture product allows the extraction of just those data that have been changed compared to a previous situation - a very strong tool when high performance is required in mass data update processes.

### SAP XI Legacy Adapter: Integrating Legacy Data into SAP processes

The SAP XI Legacy Adapter allows the access from SAP business processes to legacy data and applications, using the new SAP NetWeaver Exchange Infrastructure (XI). As an extension of the Attunity Connect product family, the adapter supports a huge variety of data sources. SAP has certified the SAP XI Legacy Adapter together with Attunity Connect for the access to Adabas C.

### ApplinX: Taking Legacy Applications into SOA environments

While service oriented architectures are becoming a standard, legacy applications have to be encapsulated for a smooth integration. ApplinX allows an easy modernization of existing host applications in modern JAVA and .Net environments, offering e.g. a quick web enabling of NATURAL applications.

## Security Technology

### Certiware: Enabling your processes for digital signatures

This middleware adds the handling of digital signatures and encryption to existing application software. CertiWare supports simultaneously multiple protocols and smart cards and is thus perfectly suited for enterprise solutions in the eHealth and eBilling markets. The use of standard JAVA allows the implementation on any server, including dedicated Connector boxes.

### IntellinX: Risk management for SAX and Basel II compliance

The increasing requirements for risk management from the Sarbanes-Oxley act and the Basel II regulations require adequate tools to monitor the appropriate usage of IT applications. IntellinX supervises the traffic on mainframe switches and offers a variety of analytic post-processing features. The non-intrusive monitoring tool excels by adding no computing load on the mainframe.



*Business Information Technology*

# Business Applications

Consist's business applications draw on more than 30 years of experience in commercial enterprise applications. The various solutions offer comprehensive functionality combined with ease-of-use, and are proven in many installations world-wide. Underlying technologies are typically JAVA and RDBMS, however classical NATURAL / ADABAS solutions are also available.

| | |
|---|---|
| **ConsistGEM** | The most flexible & powerful ERP package with integrated BI functionality |
| **Consist ERPplus** | A portal solution for logistic process management, including Supply Chain Management, Transportation Management, and B2C services |
| **Consist eFactur@** | Managing the e-Billing lifecycle |
| **ConsistHR** | A Payroll and Human Resource Management solution |
| **ConsistHIS** | A fully integrated clinical, financial and management information system designed for the continuum of care |
| **ConsistTRS** | A system for the transportation business, offering comfortable reservation & ticketing on the web |
| **Consist eBidding** | Internet-based procurement with comfortable bidding and offers management |
| **ConsistGM** | Web-based tax and duties collection |
| **ConsistGP** | Process Management with seamless integration to existing applications |
| **RFID/AIS Server Engine** | Integrating localization and status data into your logistics, security, and sales services |
| **Modawi** | Meeting the IT requirements for the new EU waste management regulations |

# Services

## Application Maintenance Services: Outsourcing the maintenance of legacy applications

Based on strict procedures and individual SLA's, dedicated application maintenance teams maintain legacy applications in a variety of technologies. Applications vary from mission-critical NATURAL or 3GL-systems to JAVA and even small MS Access across many industries, such as banking, manufacturing, and services.

## Professional Services: Top Know-how for reliable IT solutions

A huge pool of experienced IT specialists deliver integration and development solutions subject to the highest standards. Teams are available in Germany, Spain, Israel, and South America to provide any combination of on-shore, near-shore and off-shore services from consulting workshops across sourcing support to comprehensive turn-key projects. Specific know-how has been gathered with Software AG technology, JAVA, .Net and SAP NetWeaver in large enterprise environments across all industries.

Publication Date: November 2005



Martin Lochte-Holtgreven
Phone:   +49 (0) 431/3993-520
eMail:   lochte-holtgreven@makdata.de

Further information and contacts:
www.consist.com
www.makdata.de

# Exhibit F

# ⟳ ATTUNITY

## ATTUNITY CONNECT

### *Standard Data Access & Comprehensive Adapter Suite*

**Attunity Connect is a family of pre-built, standards-based adapters to enterprise data sources and legacy applications that provide unmatched performance and reliability.**

*"Because Attunity Connect supports over 23 other data sources on 14 platforms, it gives us single interface to all enterprise data, regardless of the platform or database in which the data resides."*

***Washington State University***

## Benefits

- Accelerate integration projects
- Reduce implementation risk
- Reduce cost of ownership
- Maximize utilization of existing legacy systems
- Increased ROI with support for multiple IT initiatives with a single solution

Attunity Connect unlocks data sources and makes legacy applications seamlessly interoperable. With Attunity Connect, you can:

- Seamlessly access legacy data for initiative such as business intelligence and enterprise portals
- Build .NET and Java/J2EE applications that interact with legacy systems
- Accelerate EAI initiatives with certified adapters.

Attunity Connect provides universal integration with support to both data-oriented integration based on SQL and service-oriented integration based on XML and Web Services. It supports a comprehensive list of data sources and applications, on platforms ranging from Windows and UNIX to HP NonStop and Mainframes.



Attunity Connect functional architecture

 ATTUNITY

## Accelerate integration projects

Deliver more business value faster by taking advantage of Attunity's off-the-shelf products.

## Reduce implementation risk

Attunity Connect has been proven in thousands of customer implementations around the world.

## Reduce the cost of ownership

Unlike hand-coded solutions, Attunity Connect is easy to implement and maintain.

## Increase ROI

Maximize the utilization of your legacy systems. Unlock valuable business data using Attunity Connect to provide enterprise data integration for multiple IT initiatives.

## CONTACT ATTUNITY

**North America**
T: +1 781 213 5200
1-800-638-2258
sales@attunity.com

**Europe, Middle East & Africa**
T: +44(0) 118 975 3330
info-uk@attunity.com

**Asia Pacific**
T: + (852) 2756 9233
info-hk@attunity.com

www.attunity.com

## Attunity Connect Components

**SQL Query Processor**

The Query Processor (QP) provides optimized query execution of SQL client requests. It provides the query processing services for non-relational data sources making them behave like relational data sources. The QP also guarantees data integrity with transaction management support.

**SQL Query Governor**

The Query Governor provides a safety net for running queries against operational data sources, enabling to define rules that stop bad queries from affecting the system's service level.

**XML Service Processor**

The XML Server Processor handles incoming XML client requests. It validates the request, translates it into calls to native adapters and returns a response in XML format. The processor supports advanced features such as transaction management and request batching.

**XML Event Services**

Attunity Event Services provide message-oriented integration between Attunity Servers and enterprise applications (e.g. Application Servers, ETL, Integration Brokers).

**Metadata Management**

Attunity provides metadata management that allows organizations to import and control data models from legacy applications and data sources. For non-relational data sources, Attunity further enables you to define mappings to an enhanced relational data model.

**Native Adapters**

Attunity provides pre-built adapters to over 35 data sources (relational, network, indexed, hierarchical, object, and fl at-file data) on over 25 computing platforms. Native adapters take advantage of platform-specific features to improve performance.

### Supported Systems:

| Relational | Non Relational | Applications | Platforms |
|---|---|---|---|
| DB2 | Adabas | COBOL | OS/390, z/OS |
| DB2/400 | Delimited text | CICS & CICS Queue | AS/400 |
| DBMS | C/D ISAM | IMS/TM | HP NonStop |
| Informix | Enscribe | Natural | OpenVMS |
| Ingres | Flat Files | RPG | UNIX |
| Oracle | IMS/DB | Pathway | Linux |
| Oracle Rdb | RMS | Tuxedo & Tuxedo Queue | Windows |
| SQL/MP | QSAM | Any 3GL | |
| SQL Server | VSAM | | |
| Sybase | | | |

*"Attunity Connect is very straightforward to use. It gives us the high quality data we need to turn internal business processes and fixed resources into flexible commercial services."*

**Stuart Allen**
**Convergence Program Manager**
**Lloyd's of London**

© 2006 Attunity LTD. All rights reserved.

# Exhibit G



**software** AG

# Adabas SQL Gateway

## EXTEND ADABAS TO THE DESKTOP
# DELIVER DATA TO BUSINESS COLLEAGUES—FAST

"With the Adabas SQL Gateway, our work gets completed faster and we have saved money. We didn't have to rip out a valuable existing system and replace it with something that was SQL-based. We were able to keep what we have and get the best of both worlds."

Dale Forrey
Washington State University

**Adabas SQL Gateway extends the reach of Adabas by enabling standard SQL applications, such as Microsoft Office, Crystal Reports and Business Objects, to quickly and easily access Adabas data.** Business users need critical enterprise information—and they need it now! With Adabas SQL Gateway, users can have real-time access to Adabas data, no matter where that data resides, using standard SQL-based desktop tools.

Make mission-critical data more useful and easier to access across your enterprise for new channels, applications and business services.

Using Adabas SQL Gateway, you can:
- Work smarter—deliver time-sensitive data to the user's desktop
- Boost productivity—reduce manual tasks
- Do more with less—by getting users directly to the information they need

**How it works**
The Adabas SQL Gateway allows any standard ODBC, JDBC, OLE DB and .NET SQL-based application to access Adabas data in real time. Business users who use Microsoft Office, Crystal Reports and Business Objects can easily use these tools to get the mission-critical information they need for business decision making. The Gateway consists of a client component, a server component—which runs on Adabas on the host platform—and a data dictionary.

Adabas SQL Gateway includes: Adabas SQL Client component with ODBC/JDBC/OLE DB or .NET drivers; Adabas SQL Data Dictionary as part of the client component and Adabas SQL Gateway Server component, which resides with Adabas on the host platform.

Fact Sheet

## ADABAS SQL GATEWAY



**Software AG Communities**

The Software AG Developer Network includes an Adabas community to keep you connected to Adabas users and experts around the world. By registering for the Adabas community, you can participate in discussion forums that enable you to exchange best practices, enhance productivity and improve your technical skills. Registered members can also subscribe to the TECHniques newsletter, which offers technical tips and tricks. Membership to the developer network is FREE. For more information, please visit:

http://developer.softwareag.com

**Worldwide User Groups**

Our strong network of worldwide user groups also helps build Adabas and Natural skills. Through a local user group, you can exchange ideas and discuss technology issues, experiences and concerns. Many groups offer classes that provide product hints and tips. Through ServLine24, regional meetings and annual International Conferences, user group members have access to a broad product knowledge base. To learn more, please visit:

www.softwareag.com/corporate/community/usergroup

### Key Features

¬ Distributed SQL engine provides the key to high performance by distributing query processing among multiple systems. Adabas is optimized for data retrieval while the Adabas SQL Gateway performs other CPU-intensive tasks

¬ Supports ANSI 92 SQL statements (SELECT, INSERT, UPDATE, DELETE), correlated sub-queries and unions. You get the flexibility that comes from using the full power of SQL to accomplish business goals

¬ Simple queries and highly complex reports can be created using standard SQL-based statements and tools

¬ Advanced SQL Optimizer displays the query plan and allows SQL adjustment to control query execution paths

¬ Supports a layer of ANSI SQL Security and honors existing mainframe/enterprise and database security

¬ Offers session management, caching capabilities, code page support for multiple languages and conditional formats

### Your benefits

¬ **Increase efficiency, improve data access**
You no longer need to duplicate or move data to a data warehouse. Now you can assure business users have direct access to Adabas information via standard SQL desktop applications. Additionally, the Adabas SQL Data Dictionary allows you to import and reuse existing data definitions and metadata from Natural and Predict.

¬ **Increased productivity**
As an open interface, Adabas SQL Gateway empowers business users and IT staff unfamiliar with Adabas to directly access Adabas data, when they need it.

¬ **Lower operational costs**
Easy-to-install, high performance SQL engine provides quick and easy access to enterprise data stored on Adabas.

### Extend Adabas access with Adabas SQL Gateway

Open up access to Adabas to the people who need it. Support new channels, applications and business services with greater ease. The answer is Adabas SQL Gateway, making it quick and easy for standard SQL applications, including Microsoft Office, to get to Adabas data.

Software AG has offices in over 70 countries. To find the office nearest you, please visit:
**www.softwareag.com**

© 2007 Copyright Software AG
All rights reserved. Software AG and all Software AG products are either trademarks or registered trademarks of Software AG. Other product and company names mentioned herein may be the trademarks of their respective owners.

ADA/15148E407

# Exhibit H



RMS DBMS VSAM IMS C-ISAM ADABAS DB2 ORACLE INFORMIX SQL SERVER
POSTGRESQL RDB POWERFLEX DATAFLEX D-ISAM .NET OLE DB ODBC J2EE
EII DATASYNC INFONAUT DESKTOP ADAPTER ENTERPRISE ADAPTER EX(

**HOME** ▶ **PRODUCTS** ▶ **DATABASE CONNECTIVITY** ▶ **ADABAS**

# CONNX for Adabas

## Software AG's Adabas SQL Gateway for OS/390, z/OS, VSE, Linux, Solaris, HP-UX, AIX and Windows Operating Systems



The **CONNX for Adabas** module provides secure, real-time, read/write access to Adabas data sources on OS/390, z/OS, VSE, Linux, Solaris, HP-UX, AIX and Windows via .NET, ODBC, OLE DB JDBC.

**CONNX** extends ANSI 92 SQL support to **Adabas** data, giving us the capability of writing powerful and complex SQL statements. T CONNX Data Dictionary offers simplified metadata management t automatically imports record definitions and index information. Ir conjunction with other CONNX modules, users can perform seam heterogeneous joins between Adabas and all other data sources supported by CONNX. Session management, caching capabilities, page support for multiple languages, and conditional formats are a few of the CONNX for Adabas features.

**CONNX** delivers a single metadata model that efficiently spans a enterprise data sources. The CONNX distributed SQL engine redu the workload placed on the mainframe by performing CPU-intens operations where the CONNX client resides (Unix, Linux or Windo i.e., remote desktop, Web and/or application server), while allow the database engine to perform the tasks for which it is best suit The efficiency of this operation yields cost-effective increases in response times. The result is an enterprise-wide view of data tha provides a reusable standards-based framework for information a and that drastically lowers the short- and long-term costs usually associated with complex enterprise data solutions.

**CONNX for Adabas** imports Predict data dictionaries or Natural through a SYSTRANS extract into the CONNX Data Dictionary, providing access to Adabas long field names and enabling the cre of reports using any of a number of standard reporting tools. CO for Adabas also imports Adabas metadata directly from Dynamic and FDT into a CONNX Data Dictionary file (CDD). CONNX create virtual tables to represent MU (multi-value) and PEs (periodic grc placing a relational model on the Adabas data. CONNX allows the of special version create table SQL grammar to describe the table

layout.

CONNX also offers access to Informix Data.

The CONNX InfoNaut Tool can be used to access all CONNX modu

The CONNX Data Synchronization Tool works in conjunction with
CONNX modules.

CONNX Web enablement can provide Web access to any of the C
modules.

## Sales Info

To receive further product information or to order **CONNX** softwa
please contact Shirley McKinney by phone, fax, or electronically a

     **888-88-CONNX**    (U.S.A. only)
     **425-519-6600**
     **425-...**    **fax**

Request more information **or a** free software evaluation

888.88CONNX    sales@connx.com    Site Map    Copyright 2007, CONNX Solutions