| | |
|---|---|
| **From:** | Jacobs, James D. [James.D.Jacobs@BAKERNET.com] |
| **Sent:** | Tuesday, December 04, 2007 6:20 PM |
| **To:** | Schaffer, Hyman L. |
| **Cc:** | Jacobs, Fran M.; Damiano, Brian J.; Ballard, Marcella; Basinger, John A.; Gasparo, Frank M |
| **Subject:** | Response to Nov. 2 letter of Hyman Schaffer to James D. Jacobs |

Dear Hyman,

Through Consist's witnesses and filings Consist has claimed that we have not responded to your November 2, 2007 letter to me and purporting to seek additional information regarding Consist's breaches of the Agreement. To the extent responses were appropriate our responses are already clear in the record. Nevertheless, as a courtesy we address the points that your November 2 letter raises.

Paragraphs 1 and 2 of the letter argue points, responses to which are the subject of the papers we recently filed for the December 12 trial. We deem it unnecessary to repeat those responses.

The last paragraph on your first page contends that your client has cured its breaches regarding insufficient disclosure and promotion of our clients' copyrights and trademarks. Although we do not believe that your client has cured these breaches, we no longer are pursuing these breaches at the December 12 trial. Our clients reserve the right to again assert these breaches, assuming that they are not cured, at a later date. Similarly, our clients are not pursuing at the December 12 trial those breaches that you discuss on page 3 of your letter, paragraphs 2 and 3, but reserve the right to assert these breaches, assuming that they are not cured, at a later date.

Your client's wrongful registration of our clients' marks is a breach that we will pursue, if appropriate, at the December 12 trial. The cure of that breach is obvious: your client should forthwith assign the subject registrations to Software AG.

Likewise, as is evident from the papers we recently filed our client intends to pursue the breaches that you note in the last two paragraphs on page 2 and the first paragraph on page 3. Once again the responses to your arguments are found in our recently filed papers.

Please bring to our attention any points in your November 2 letter that we did not address above.

Very truly yours,


James David Jacobs
Baker & McKenzie LLP
1114 Avenue of Americas
New York, NY 10036
Tel: +1 212 891 3951
Cell: +1 917 660 3425
Fax: +1 212 310 1651

Pursuant to requirements related to practice before the Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Click here or visit www.bakernet.com/disclaimer_bm for other important information concerning this message.