# Exhibit A

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   ------------------------------------x
 5
     CONSIST SOFTWARE SOLUTIONS, INC.,
 6
                            Plaintiff,
 7
                   vs.
 8
     SOFTWARE AG, INC. and SOFTWARE AG
 9
                            Defendant.
10
     ------------------------------------x
11
12                  November 5, 2007
13                  10:14 a.m.
14
15       H I G H L Y   C O N F I D E N T I A L
16              ATTORNEYS' EYES ONLY
17
18       Deposition of NATALIO S. FRIDMAN, held
19   at the offices of Baker & McKenzie, 1114
20   Avenue of the Americas, New York, New York
21   10036, before David Henry, a Certified
22   Shorthand Reporter and Notary Public of the
23   State of New York.
24
25              HIGHLY CONFIDENTIAL
```

Page 74

1  Fridman - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2  and at that time was not material either.
3  And to avoid misunderstanding for the
4  future, because we cannot afford to have
5  misunderstanding with a partner, we do the
6  reporting of the client. And this was
7  1995, okay, that was signed after 1995,
8  after start date, you know.
9      Q. Sir, just to clarify the record,
10 you say in your testimony, quote, because
11 we cannot afford to have misunderstanding
12 with a partner, we do the reporting of the
13 client. End of quote from your transcript.
14     A. When was that, now?
15     Q. Just now.
16     A. No, because the reporting, they
17 say was incomplete, the reporting.
18     Q. Yes.
19     A. So we took out all reporting in
20 the contract.
21     Q. In which contract, sir?
22     A. The contract, 1995, you know,
23 further on.
24     Q. I refer you to -- let's look at
25 Exhibit number 4 then. And I would direct

Page 75

1  Fridman - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2  you to paragraph on page 3, paragraph 5,
3  subparagraph 3. Exhibit 4, sir, Exhibit
4  4. The 95 agreement.
5      A. Yes, Exhibit 4.
6      Q. Would you please direct yourself
7  to paragraph 5, subparagraph 3 on page 3.
8  And tell me when you get there.
9      A. I have it.
10     Q. All right, and would you look at
11 the second paragraph under subparagraph 3,
12 please. And I ask you the following
13 question. Does that not reflect your
14 recollection that in fact under the 95
15 agreement Consist had a reporting
16 requirement?
17     A. Okay, I don't recall that. Maybe
18 if this is the case, we did it, okay? I
19 don't recall that.
20     (Recess taken.)
21 FURTHER EXAMINATION BY MR. JACOBS:
22     Q. Mr. Fridman, before the break we
23 were talking about the 98 agreement being
24 an evergreen agreement. Do you recall
25 that?

Page 76

1  Fridman - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2      A. Yes.
3      Q. Did you ever tell anyone at SAG,
4  and that includes SAGA, in sum or substance
5  that the 98 agreement was an evergreen
6  contract, terminable only at limited times
7  for specific reasons with detailed notice
8  requirements?
9      A. Again, please.
10     Q. I'd be happy to. Did you ever
11 tell anyone at SAG, and that includes SAGA,
12 in sum or substance that the '98 agreement
13 was an evergreen contract, terminable only
14 at limited times for specific reasons with
15 detailed notice requirements?
16     A. Not for the purpose.
17     Q. You did not for a purpose, is
18 that correct?
19     A. I don't for a purpose. The
20 purpose was first of all I was thinking to
21 make, to work together, always thinking in
22 partnership. Remember we're working with
23 Software AG, C19, the exclusive
24 distributor, C1975. Our name is very, very
25 related to their name, so I didn't want to

Page 77

1  Fridman - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2  have any -- sue, any legal things, so I
3  want to make agreement with them, okay? I
4  want to agree in substance, okay? That's
5  all. So I never told them, for this reason
6  and for the other reason I don't have to
7  told them. Our company is very, very
8  connected with Software AG in the
9  territory, over now 35 years already.
10     Q. Have you personally ever entered
11 into other software distribution agreements
12 with companies other than SAG?
13     A. Yes.
14     Q. How many?
15     A. A few. And all of them, they
16 have similar conditions. I copy from
17 Software AG, singular.
18     Q. And in your view, all those other
19 agreements are evergreen?
20     A. No. There is not a relationship
21 with them so much, you know? Because with
22 Software AG, our name was very related to
23 them. The other one, maybe I don't know
24 if, we like to be with them afterwards.
25     Q. So when you say the agreements

20 (Pages 74 to 77)