**BAKER & McKENZIE**

Baker & McKenzie LLP
1114 Avenue of the Americas
New York, New York 10036, USA

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakernet.com

# MEMO ENDORSED

Asia
Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe &
Middle East
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Dusseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

North & South
America
Bogota
Brasilia
Buenos Aires
Caracas
Chicago
Chihuahua
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

James David Jacobs
Tel: +1 212 891 3951
Fax: +1 212 310 1651
James.D.Jacobs@bakernet.com

By Facsimile

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/07

December 19, 2007

Honorable Judge Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 640
New York, NY 10007

RE: Case No. 07 CV 7047: *Consist Software Solutions, Inc. v. Software AG, Inc.*

Dear Judge McMahon:

Further pursuant to your question on Monday as to what remains in this action and our letter of yesterday, please find enclosed a Stipulation and Final Judgment that the parties agree finally disposes of all matters before your Honor.

If the enclosed stipulation is satisfactory we propose to submit it to the Order Clerk for approval as to form and then to you for final execution.

Very truly yours,

James David Jacobs

JDJ/ldz

cc: Hyman L. Schaffer
Fran Jacobs
Brian DeMiano

*With my addition, this is fine*

Colleen McMahon
12/20/07

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.